ORIGINAL

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

———————————————————————————————X

CARMEN C. GUICHARDO

        Plaintiff(s),

       - against -

DOLLAR TREE, VICTORIA'S SECRET, BEST BUY, ARMANI EXCHANGE, DEREK EASSEY, CHAMPION LEARNING CENTER, JANE DOE#1, PROGRESSIVE HEALTH SERVICES, INC., SAM HAGHNAZARI (RPH), RITE-WAY DRUG & SURGICALS, MIGUEL TORRES, SHERRONDA WILLIAMS, MERCY HOME, SHARON STEPHENS, GOOD TEMPS, JOHN DOE#1, JANE DOE#2, ACTORS AND MODELS TALENT RECRUITERS, JESSIE HENRIQUEZ, LAW OFFICES OF SUZETTE RIVERA, CAROLYN SCARPATI, EFRO STAFFING, JOHN DOE#2, DUNKIN DONUTS, JOHN DOE#3, BOGOPA, KEY FOOD SUPERMAKET, FOOD BAZAAR SUPERMAKET, MOUNT SINAI MULTISPECIALTY PHYSICIANS, THE ASSOCIATION FOR REHABILITATION CASE MGT, ASQ PAYROLL INC., STERLING GLEN OF GREAT NECK (NOW CALLED ATRIA), STEVEN NICHOLS, JANE DOE#3, JANE DOE#4, JOHN DOE#4, BJ'S, COHME, TONY ROMA'S, DR. CHARLES KRIEGER, KRIEGER CHIROPRACTIC SERVICES, 7-ELEVEN, BETH ISRAEL MEDICAL CENTER, COUNTY AGENCY OF NY, SHERRY WINSTON, YAI NETWORK, HOSPITAL FOR JOINT DISEASES, TIME WARNER CABLE, CARMEN VELEZ, MELISSA VITALE, SUNNYSIDE COMMUNITY SERVICES, DIANA MENDEZ, LASIO, YMCA, LAGUARDIA COMMUNITY COLLEGE, ELMCOR RECREATION OR ELMCOR YOUTH & ADULT ACTIVITIES, INC., AMERIGROUP REAL SOLUTIONS, 777- CAR & LIMOUSINE SERVICES, MCDONALD'S RESTAURANT, OFFICE OF THE ATTORNEY GENERAL – ALBANY, OFFICE OF THE ATTORNEY GENERAL – NEW YORK CITY

        Defendant(s)

———————————————————————————————X

CV 16-1221

Index No./Case#:

COMPLAINT

Jury Trial Demanded

BRODIE, J.

POLLAK, M.J.



RECEIVED
MAR 09 2016
PRO SE OFFICE

I.    **Parties:**

Plaintiff, <u>CARMEN C. GUICHARDO</u>, resides at: <u>95-30 ROOSEVELT AVE. #2, JACKSON HEIGHTS, NY 11372</u> <u>(QUEENS COUNTY-NYC-USA)</u>. OUR OLD ADDRESS WAS: <u>37-06 104TH ST., #2C, CORONA, NY 11368</u> <u>(QUEENS COUNTY-NYC-USA)</u>.

PARAGRAPH#1 - ON THE DATES OF: 3/3/2011, Defendant(s), DOLLAR TREE WHO RESIDE(S) AT: <u>NORTHERN</u> <u>BLVD., & 54TH ST., (QUEENS COUNTY-NYC-USA)</u>, COMMITTED THE FOLLOWING CRIMES: <u>TITLE VII VIOLATION(S)</u> <u>(EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL</u> <u>DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS,</u>

INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 3/3/2011, PLAINTIFF WENT TO A JOB INTERVIEW AND APPLIED FOR A JOB AND WAS DENIED IT DUE TO HER PAST ARREST RECORDS FOR SHE PUT A CHECK MARK ON THE SECTION OF THE JOB APPLICATION WHERE IT WAS ASKING ME OF PAST CONVICTIONS; THUS FACED EMPLOYMENT DISCRIMINATION.

PARAGRAPH#2 - ON THE DATES OF: YEAR 2011, Defendant(s), VICTORIA'S SECRET WHO RESIDE(S) AT: 31-35 STEINWAY ST., ASTORIA, NY  11103 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON YEAR 2011, PLAINTIFF WENT TO A JOB INTERVIEW AND APPLIED FOR A JOB AND WAS DENIED IT DUE TO HER PAST ARREST RECORDS FOR SHE PUT A CHECK MARK ON THE SECTION OF THE JOB APPLICATION WHERE IT WAS ASKING OF PAST CONVICTIONS; THUS FACED EMPLOYMENT DISCRIMINATION.

PARAGRAPH 3- ON YEAR 2011, Defendant(s), BEST BUY WHO RESIDE(S) AT: 5001 NORTHERN BLVD., LONG ISLAND CITY, NY  11101 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON YEAR 2011, PLAINTIFF WENT TO A JOB INTERVIEW BY THE DEFENDANT, GOT DENIED THE JOB SHE APPLIED FOR DUE TO HER PREVIOUS ARREST RECORDS FOR SHE PUT A CHECK MARK ON THE SECTION OF THE JOB APPLICATION WHERE IT WAS ASKING HER OF PAST CONVICTIONS; THUS FACED EMPLOYMENT DISCRIMINATION.

PARAGRAPH 4- ON DATE(S) OF: 10/19/11, Defendant(s), ARMANI EXCHANGE WHO RESIDE(S) AT: QUEENS CENTER BOULEVARD SPACE #2052, ELMHURST, NY  11373, COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 10/19/11, PLAINTIFF, WENT TO A JOB INTERVIEW, GOT DENIED THE JOB I APPLIED FOR WITH THE DEFENDANT DUE TO HER PREVIOUS ARREST RECORDS FOR SHE PUT A CHECK MARK ON THE SECTION OF THE JOB APPLICATION WHERE IT WAS ASKING HER OF PAST CONVICTIONS; THUS FACED EMPLOYMENT DISCRIMINATION.

PARAGRAPH 5- ON DATE(S) OF: 10/28/11, Defendant(s), DEREK EASSEY AND CHAMPION LEARNING CENTER WHO RESIDE(S) AT: 111 JOHN STREET, STE. 910, NEW YORK, NY  10038 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 10/28/11, I, THE PLAINTIFF, CARMEN GUICHARDO GOT INTERVIEWED FOR A JOB OPENING WITH THE DEFENDANT AND GOT LATER ON DENIED THE JOB I APPLIED FOR DUE TO MY PREVIOUS ARREST RECORDS FOR I PUT A CHECK MARK ON THE SECTION OF THE JOB APPLICATION WHERE IT WAS ASKING ME OF PAST CONVICTIONS; THUS FACED EMPLOYMENT DISCRIMINATION.

**PARAGRAPH 6-** ON DATE(S) OF: 10/11/11, Defendant(s), JANE DOE#1, NAMED SHARON AND PROGRESSIVE HOME HEALTH SERVICES, INC. WHO RESIDE(S) AT: 91-31 QUEENS BLVD., STE. 318, (QUEENS COUNTY-NYC-USA), PHONE#: (718)478-6700 OR (212) 273-5699, COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS:  ON 10/11/11, I, THE PLAINTIFF, CARMEN GUICHARDO GOT INTERVIEWED FOR A JOB OPENING BY SHARON AT THE DEFENDANT'S ADDRESS AND SHE SAID PLAINTIFF WOULD BE CONTACTED IN A WEEK, BUT NO ONE GOT BACK TO HER; GOT LATER ON DENIED THE JOB SHE APPLIED FOR DUE TO HER PREVIOUS ARREST RECORDS FOR THE PLAINTIFF PUT A CHECK MARK ON THE SECTION OF THE JOB APPLICATION WHERE IT WAS ASKING HER OF PAST CONVICTIONS; THUS FACED EMPLOYMENT DISCRIMINATION.

**PARAGRAPH 7-** ON DATE(S) OF: 10/10/11, Defendant(s), SAM HAGHNAZARI (RPH) AND RITE-WAY DRUG & SURGICALS WHO RESIDE(S) AT: 369 1ST AVE., BET. 21ST AND 22ND STREETS, NEW YORK, NY 10010 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS:  ON 10/10/11, I, THE PLAINTIFF, CARMEN G., APPLIED FOR A JOB OPENING AND WAS GIVEN AN APPLICATION BY SAM, THE DEFENDANT, HE ASKED ME A FEW QUESTIONS AND I GAVE HIM THE APPLICATION AND HE TOLD ME THE JOB WAS TO BE PAID IN CASH.  HE SAID HE'D CALL ME BUT NEVER CALLED.  I FOLLOWED UP WITH A FEW CALLS AFTER A FEW DAYS, BUT I LEARNED THAT HE GAVE THE JOB TO SOMEONE ELSE AND I BELIEVE I GOT DENIED THE JOB DUE TO MY PAST ARREST RECORDS FOR I PUT A CHECK MARK ON THE SECTION OF THE APPLICATION WHERE IT WAS ASKING ME OF PAST CONVICTIONS; THUS I FACED EMPLOYMENT DISCRIMINATION.

**PARAGRAPH 8-** ON DATE(S) OF: 11/10/11, Defendant(s), MIGUEL TORRES AND SHERRONDA WILLIAMS AND MERCY HOME WHO RESIDE(S) AT: 273 WILLOUGHBY AVE, BROOKLYN, NY 11205 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS:  ON 11/10/11, I WENT FOR AN INTERVIEW RE: A JOB OPENING THEY HAD AND BOTH DEFENDANTS INTERVIEWED ME, WAS GIVEN AN APPLICATION BY THEM, THEN THEY ASKED ME A COUPLE OF QUESTIONS.  AFTER THE INTERVIEW WAS OVER, THEY SAID THEY'D CALL ME BACK, BUT IN REALITY, I WAS THE ONE WHO HAD TO FOLLOW UP WITH THEM, HADN'T'VE I DONE THAT, THEY'D'VE NEVER CALLED ME AND WHEN I DID, I AUTOMATICALLY GOT REJECTED BY THEM WITH A QUICK ANSWER TELLING ME THEY'D CHOSEN SOMEONE ELSE FOR THE POSITION.  I BELIEVE I GOT DENIED THE JOB DUE TO MY PAST ARREST RECORDS FOR I PUT A CHECK MARK ON THE SECTION OF THE APPLICATION WHERE IT WAS ASKING ME OF PAST CONVICTIONS; THUS I FACED EMPLOYMENT DISCRIMINATION.

**PARAGRAPH 9-** ON DATE(S) OF: 10/21/11, Defendant(s), SHARON STEPHENS AND GOOD TEMPS WHO RESIDE(S) AT: 111 E 59TH STREET, 10TH FL., NEW YORK, NY 10022 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF

RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 10/21/11, I, THE PLAINTIFF, CARMEN G., WENT FOR AN INTERVIEW RE: A JOB OPENING AD I HAD ANSWERED AND THE DEFENDANT INTERVIEWED ME, WAS GIVEN AN APPLICATION BY HER, THEN SHE ASKED ME TO TAKE CERTAIN TESTS ON A COMPUTER AND ASKED ME A COUPLE OF QUESTIONS. AFTER THE INTERVIEW WAS OVER, SHE SAID THEY'D CALL ME BACK, BUT NEVER DID; I FOLLOWED UP A FEW DAYS LATER JUST TO FIND OUT THEY GAVE THE JOB TO SOMEONE ELSE. ONCE AGAIN, I BELIEVE I GOT DENIED THE JOB DUE TO MY PAST ARREST RECORDS FOR I PUT A CHECK MARK ON THE SECTION OF THE JOB APPLICATION WHERE IT WAS ASKING ME OF PAST CONVICTIONS; THUS I FACED EMPLOYMENT DISCRIMINATION AT THAT PLACE TOO.

PARAGRAPH 10- ON DATE(S) OF: 11/12/11, Defendant(s), JOHN DOE#1, NAMED JOSEPH, RECRUITER AND JANE DOE#2, AN ELDERLY BLONDIE WOMAN WHO WORKS WITH RECRUITERS, JOSEPH AND ACTORS AND MODELS TALENT RECRUITER WHO RESIDE(S) AT: 224 W 30TH ST., STE. 707, NEW YORK, NY 10001 (NYC-USA), WHOSE PHONE# IS: (646) 399-7691 COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 11/12/11, I, THE PLAINTIFF, CARMEN G., WENT FOR AN INTERVIEW RE: A JOB OPENING I HAD SEEN ON A NEWSPAPER AD FOR MODELING AND/OR TALENT WORK AND THE DEFENDANT NAMED JOSEPH INTERVIEWED ME, WAS GIVEN AN APPLICATION BY HIM, ONCE I FILLED IT OUT, HE TOLD ME TO WAIT FOR HIM OUTSIDE THE SUITE, ON THE HALLWAY, THEN THE BLONDIE ELDERLY WOMAN CAME UP TO ME AND STARTED ASKING ME WEIRD QUESTIONS LIKE: WHEN ARE YOU GETTING THE MONEY TO BRING TO JOSEPH AND HER?, THEN I TOLD HER, I'D BRING IT AS SOON AS I COULD AND WOULD TRY TO BORROW IT FROM SOMEONE, BUT SHE THEN, ACTED VERY DISCRIMINATORY AGAINST ME BASED ON MY FINANCIAL STATUS AND JUST KEPT REPEATING THE SAME QUESTION ABOUT WHEN I'D BRING THEM MONEY TO GET MODELING JOB, AS SHE WAS ASKING ME THE SAME QUESTION OVER AND OVER, SHE KEPT APPROACHING ME IN A VERY AGGRESSIVE, RACIST AND MOVING HIS HANDS ALMOST AS IF TO SLAP MY FACE, MAKING DEMEANISHING STATEMENTS AGAINST ME AND SAYING THINGS LIKE IF I DID NOT PAY THEM THE MONEY, I'D NEVER GET THE JOB OR THAT THIS......AND THAT.......I'D NOT BE A GOOD FIT FOR THE JOB FOR I DID NOT SHOW A CONFIDENT POSE, AND THIS.....AND THAT.....AND AS SHE KEPT TALKING IN A YELLING MANNER, I COULD SMELL SHE HAD BEEN CONSUMING TOO MUCH ALCOHOL FOR HER BREATH AND SMELL STANK WITH ALCOHOL. I BELIEVE THE BLONDIE ELDERLY WOMAN WAS TOO RACIST AND INTENTIONALLY DISCRIMINATED AGAINST ME FOR SHE DID NOT EVEN GIVE ME A CHANCE TO SPEAK; SHE LITERALLY, DENIED ME THE JOB BECAUSE OF MY RACE AND MY FINANCIAL CONDITION, WHICH WAS NOT RIGHT FOR AMERICA SHOULD BE A COUNTRY OF EQUAL OPPORTUNITIES FOR ADVANCEMENT FOR ALL CITIZENS!

PARAGRAPH 11- ON DATE(S) OF: 12/22/11, Defendant(s), JESSIE HENRIQUEZ AND LAW OFFICES OF SUZETTE RIVERA WHO RESIDE(S) AT: 84-30 ROOSEVELT AVE., 2ND FL., JACKSON HEIGHTS, NY 11372 (QUEENS COUNTY-NYC-USA), WHOSE PHONE# IS: (646) 399-7691 COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 12/22/11, I, THE PLAINTIFF, CARMEN G. HAD A LENGTHY INTERVIEW WITH DEFENDANT, JESSIE, AT THE DEFENDAN'TS COMPANY AND ADDRESS, HE SAID HE'D CALL ME BACK AND ACTUALLY IT LOOKED TO ME AS IF HE WERE OFFERING ME THE JOB OPENING TO WORK AT THE LAW FIRM WITH THEM FOR THE DEFENDANT EVEN STATED SOME OF THE WORKING HOURS, I'D BE WORKING WITH THEM AND CONCLUDED THE INTERVIEW AS IF HE'D ACTUALLY HAD OFFERED ME THE JOB BUT AFTER I HAD

THE INTERVIEW WITH HIM, AND GOT BACK HOME AND CALLED HIM TO LET HIM KNOW OF MY PAST CONVICTION OF MISDEMEANOR, HE BACKED OFF AND DID NOT OFFER ME THE JOB.  HE SAID HE'D CALL ME BACK BUT NEVER DID.  ONCE AGAIN, I FELT I EXPERIENCED BEING PROFILED AND/OR DISCRIMINATED AGAINST BECAUSE OF MY PAST ARREST RECORDS FOR I GOT DENIED ANOTHER AVAILABLE JOB.

PARAGRAPH 12- ON DATE(S) OF: 11/2/11, Defendant(s), CAROLYN SCARPATI AND EFRO STAFFING WHO RESIDE(S) AT: 25 WEST 45TH, STE. 500, NEW YORK, NY  10036 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 11/2/11, I THE PLAINTIFF, CARMEN G. WAS INTERVIEWED BY CAROLYN FOR A JOB OPENING, WAS GIVEN A JOB APPLICATION TO FILL OUT, I PUT A CHECK MARK ON THE SECTION OF THE APPLICATION WHERE IT ASKS OF PAST CONVICTIONS AND WAS EVEN GIVEN A  EFRO STAFFING WELCOME BROCHURE AND A NOTICE AND ACKNOWLEDGMENT OF WAGE RATE(S) FOR TEMPORARY HELP FIRMS STATING HOW MUCH I'D EARN FOR SUCH POSITION, I SIGNED IT AND SHE MADE A COPY OF IT AND GAVE IT TO ME AND SHE KEPT THE ORIGINAL.  ONCE THE INTERVIEW WAS OVER, SHE TOLD ME SHE'D CALL ME BACK TO ARRANGE FOR A SECOND INTERVIEW WITH THE EMPLOYER OF THE JOB OPENING OR OPENINGS BUT NEVER HEARD FROM HER AGAIN.  I BELIEVE, THIS ALSO SHOWS ANOTHER RECURRENT RACIAL AND/OR EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS; I GOT DENIED SUCH JOB.

PARAGRAPH 13- CIRCA YEARS 2008 - 2010, Defendant(s), JOHN DOE#2, A HISPANIC EMPLOYEE AND DUNKIN DONUTS WHO RESIDE(S) AT: 38-04 JUNCTION BLVD., CORONA, NY  11368 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: CIRCA YEARS 2008-2010, I, THE PLAINTIFF, CARMEN G. FELT DISCRIMINATED AGAINST FOR EMPLOYMENT OPPORTUNITIES AT DUNKIN DONUTS FOR I HAD GONE SEVERAL TIMES TO FILL OUT JOB APPLICATIONS, FOR WHICH I HAD PUT A CHECK MARK ON THE SECTION OF THE JOB APPLICATION FOR PAST CONVICTIONS.  ONE OF THE FIRST TIMES I WENT, I ASKED FOR A JOB APPLICATION RESPONDING TO A HELP WANTED AD ON THEIR GLASS DOOR AND A HISPANIC GUY GAVE ME ONE JOB APPLICATION THEN I FILLED IT OUT AND BROUGH IT OVER TO HIM AND HE SAID THEY'D CALL ME BUT SINCE I DID NOT HEAR FROM THEM, I FOLLOWED UP A FEW DAYS LATER AND HE JUST TOLD ME THAT THE JOB WAS ALREADY TAKEN.  A FEW WEEKS LATER ON, I FOLLOWED UP AGAIN AND INQUIRED OF ANOTHER HELP WANTED AD ON THEIR DOOR, THEY GAVE ME AN APPLICATION, I FILLED IT OUT AND BROUGH IT BACK BUT ONCE AGAIN, THEY NEVER CALLED.  I BELIEVE I GOT DISCRIMINATED FOR JOB OPENINGS BECAUSE OF MY PREVIOUS ARREST RECORDS AND/OR RACE.

PARAGRAPH 14- CIRCA YEARS 2008 - 2016, Defendant(s), BOGOPA, JOHN DOE#3, NAMED MAURICIO, A HISPANIC EMPLOYEE AND/OR KEY FOOD AND/OR FOOD BAZAAR SUPERMAKETS WHO RESIDE(S) AT: 35-60 JUNCTION BLVD., CORONA, NY  11368  AND 34-20 JUNCTION BLVD., JACKSON HEIGHTS, NY (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: CIRCA YEARS 2008-2016,  I, THE PLAINTIFF, CARMEN G., HAD FILLED OUT FEW JOB APPLICATIONS FOR SUCH SUPERMAKET(S) AND HANDED IN THE JOB APPLICATIONS TO DIFFERENT MANAGERS

FROM BOTH SUPERMAKETS ON DIFFERENT INSTANCES, BUT I WAS NEVER CALLED FOR A JOB OPENING. RECENTLY, ON 2/13/16, I, THE PLAINTIFF, CARMEN G., HANDED IN A JOB APPLICATION TO ONE OF THEIR MANAGERS, CALLED MAURICIO, OF HISPANIC NATIONALITY. I BELIEVE I ALSO GOT RACIALLY PROFILED AND/OR DISCRIMINATED AGAINST DUE TO MY PAST CONVICTIONS BY THESE SUPERMEARKETS FOR I HAD PUT A CHECK MARK ON THE SECTION OF THE JOB APPLICATION(S) ASKING ABOUT PAST CONVICTIONS; THUS I GOT DENIED JOB OPENINGS.

PARAGRAPH 15- CIRCA YEARS 2008 - 2010, Defendant(s), MOUNT SINAI MULTISPECIALTY PHYSICIANS WHO RESIDE(S) AT: 82-01 37TH AVENUE, JACKSON HEIGHTS, NY 11372 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: CIRCA YEARS 2008-2010, I, THE PLAINTIFF, GOT INTERVIEW SEVERAL TIMES ON DIFFERENT OCCASIONS BY DIFFERENT EMPLOYEES OR MANAGER THERE DURING AFOREMENTIONED YEARS, WAS GIVEN JOB APPLICATIONS AND I FILLED THEM OUT PUTTING A CHECK MARK ON THE SECTION WHERE IT ASKS ABOUT PAST CONVICTIONS, BUT LATER ON, WHEN I FOLLOWED UP WITH THEM THEY SAID THEY'D OFFERED THE JOB TO SOMEONE ELSE. THEY DID NOT EVEN BOTHER TO NOTIFY ME OF WHY THEY DID NOT OFFER ME THE JOB. I JUST BELIEVE I ONCE AGAIN, GOT DISCRIMINATED AGAINST BECAUSE OF MY RACE AND/OR PAST ARREST RECORDS OR CONVICTION(S).

PARAGRAPH 16- CIRCA YEARS 2008 - 2010, Defendant(s), THE ASSOCIATION FOR REHABILITATION CASE MGT WHO RESIDE(S) AT: 584 BROADWAY, STE., 806, NEW YORK, NY 10012 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: CIRCA YEARS 2008-2010, I, THE PLAINTIFF, CARMEN G., GOT OFFERED A JOB TO WORK FOR SUCH ASSOCIATION AND WORKED FOR THEM ONLY FOR A SHORT TIME SINCE THEY LAID ME OFF ONCE THEY CHECKED ON MY PAST BACKGROUND AND/OR CRIMINAL HISTORY RECORDS; THUS I BELIEVE THEY RACIALLY PROFILED OR DISCRIMINATED AGAINST BASED ON MY PAST ARREST RECORDS, WHICH WAS UNFAIR!

PARAGRAPH 17- CIRCA YEARS 2007 -2008 , Defendant(s), ASQ PAYROLL INC., STERLING GLEN OF GREAT NECK (NOW CALLED ATRIA) AND STEVEN NICHOLS AND JANE DOE#3, NAMED ZOIE, WHO WORKED AS MANAGERS AND WHO RESIDE(S) AT: 401 SOUTH FOURTH ST 1900, LOUISVILLE, KY 40202 (KY-USA), 96 CUTTER MILL RD., GREAT NECK, NY 11021 (USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: CIRCA YEARS 2007-2008, I, THE PLAINTIFF, CARMEN G. HAD GOTTEN A JOB AT STERLING GLEN IN GREAT NECK, NEW YORK AND I BELIEVE THAT STERLING GLEN AND ITS MAIN OFFICE HAVE ALSO SOMETHING TO DO WITH MY HAVING BEEN LAID OFF AND/OR HAVING BEEN DISCRIMINATED AGAINST FOR CONTINUED EMPLOYMENT WITH THEM FOR AS SOON AS THEY FOUND OUT OF MY PAST BACKGROUND AND/OR ARREST RECORDS, THEY LAID ME OFF THE JOB.

PARAGRAPH 18- ON DATE(S): 12/10/11, Defendant(s), JANE DOE#4, NAMED NANCY OR NUNCY, WHO WORKS AS AN EMPLOYEE AND JOHN DOE#4, WHO WORKS AS A MANAGER AND BJ'S AND WHO RESIDE(S) AT: 111-19 ROOSEVELT AVE., CORONA, NY 11368 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE

VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 12/10/11, I, THE PLAINTIFF, CARMEN G., APPLIED FOR JOBS IN PERSON AT BJ'S AND THE EMPLOYEE NAMED NANCY OR NUNCY TOOK MY JOB APPLICATION, I ALSO SPOKE WITH MANAGER ADEL AND THEY SAID THEY'D CALL ME BUT NEVER DID. I BELIEVE I ALSO GOT RACIALLY PROFILED AT THIS PLACE.

PARAGRAPH 19- CIRCA YEARS 2008 - 2010, Defendant(s), COHME WHO RESIDE(S) AT: 11 BROADWAY, SUITE 400, NEW YORK, NY 10004 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON OR AROUND YEARS 2008-2010, I, THE PLAINTIFF, CARMEN G., APPLIED FOR A JOB OR SOME JOBS AT THIS HOME HEALTH CARE AGENCY VIA THEIR WEBSITE AND/OR BY EMAIL, BUT I NEVER HEARD FROM THEM EITHER TO CALL ME FOR ANY JOB INTERVIEWS.

PARAGRAPH 20- CIRCA YEARS 2011 - 2012, Defendant(s), TONY ROMA'S WHO RESIDE(S) AT: 210-35 26TH AVENUE, BAYSIDE, NY 11360 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: CIRCA YEARS 2011-2012, I, THE PLAINTIFF, CARMEN G. WENT TO APPLY FOR A JOB OPENING I SAW AT A NEWSPAPER, ONE OF THEIR EMPLOYEES GAVE ME AN APPLICATION AND THEN I FILLED IT OUT PUTTING A CHECK MARK ON THE SECTION OF THE JOB APPLICATION WHERE IT ASKS ABOUT PAST CONVICTIONS. AFTER I FILLED IT OUT, GAVE IT BACK TO THE EMPLOYEE WHO GAVE IT TO ME AND HE SAID THEY'D CALL ME BUT I EITHER NEVER HEARD FROM THEM. IF I AM NOT MISTAKEN, I BELIEVE I FOLLOWED UP WITH THEM WITH A PHONE CALL OR TWO, BUT THE EMPLOYEE SAID THE JOB WAS GIVEN TO SOMEONE ELSE. ONCE AGAIN, I BELIEVE I GOT DENIED THE JOB BECAUSE OF BEING DISCRIMINATED AGAINST DUE TO MY PAST ARREST RECORDS AND/OR RACE.

PARAGRAPH 21- CIRCA YEARS 2011 - 2012, Defendant(s), CHARLES KRIEGER AND KRIEGER CHIROPRACTIC WHO RESIDE(S) AT: 31-07 37TH STREET, ASTORIA, NY 11103 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: CIRCA YEARS 2011-2012, I, THE PLAINTIFF, CARMEN G., HAD GOTTEN A JOB AT KRIEGER CHIROPRACTIC, DR. CHARLES KRIEGER WAS MY MANAGER AND I ONE OF MY JOBS WAS TO HAND OUT FLIERS TO THE BYSTANDERS ON THE STREETS SO THEY WERE INFORMED OF DR. KRIEGER'S OFFICE AND HIS SERVICES. AT FIRST, EVERYTHING SEEMED TO GO FINE BUT LATER ON, AS TIME ELAPSED ON MY WORK WITH THEM AND I WAS NOT BRINGING IN MORE CLIENTS TO HIM BECAUSE I HAPPENED TO LEARN OF HIS MISCHIEVOUS WORK ETHICS AND BUSINESS REGARDING PATIENTS, THAT HE WAS JUST INTERESTED IN HIS EMPLOYEES TO BRING IN MORE INCOME TO HIM THAN BRINGING IN PATIENTS TO HEAL THEM AND THAT I WAS NOT GOING TO SURRENDER TO HIM TO DO SUCH CRAPPY JOB TO DECEIVE PATIENTS, HE CHANGED HIS ATTITUDE AND/OR BEHAVIOR TOWARDS ME AND GAVE ME AN ULTIMATUM TELLING ME I NEEDED TO INCREASE THE # FLYERS AND BRING IN MORE PEOPLE OR PATIENTS FOR HIM BUT I REFUSED TO GIVE IN TO SUCH BLACKMAILING; THUS HE FIRED ME. SO I LEFT HIS OFFICE FOR I KNEW THEN THAT HE JUST

CARED FOR MORE $'S THAN FOR PATIENTS. I ALSO FACED EMPLOYMENT DISCRIMINATION THERE DUE TO MY PAST CONVICTION RECORDS SINCE THEY CHECKED THEM.

PARAGRAPH 22- ON DATE(S) OF: 1/20/12, Defendant(s), 7-ELEVEN WHO RESIDE(S) AT: 107 E 23RD ST, NEW YORK, NY 10010 AND 333 E 23RD ST, NEW YORK, NY 10010 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 1/20/12, PLAINTIFF, CARMEN GUICHARDO, APPLIED FOR JOB(S) AT SUCH BRANCH LOCATIONS BUT THEY NEVER CALLED HER FOR A JOB. I FELT THEY PROFILED OR BLACKLISTED ME BASED ON MY PAST CONVICTION(S) AND/OR RACE.

PARAGRAPH 23- ON DATE(S) OF: 10/20/11, Defendant(s), BETH ISRAEL MEDICAL CENTER WHO RESIDE(S) AT: HUMAN RESOURCE CENTER, 555 WEST 57TH STREET, NEW YORK, NY 10019 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 10/20/11, I, THE PLAINTIFF, CARMEN G., APPLIED FOR JOBS AT THE DEFENDANT'S MEDICAL CENTER BUT THEY NEVER CALLED ME TO OFFER ME A JOB INTERVIEW. I ALSO FELT RACIALLY PROFILED DUE TO MY PAST CONVICTION(S); THUS GOT DENIED A JOB THERE.

PARAGRAPH 24- CIRCA YEARS 2011 AND ON DATE OF: 10/12/11, Defendant(s), COUNTY AGENCY OF NY AND SHERRY WINSTON WHO RESIDE(S) AT: 1000 CENTRAL AVENUE, WOODMERE, NY 11598 (USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: CIRCA YEARS 2011 AND ON DATE OF: 10/12/11, I, THE PLAINTIFF, CARMEN GUICHARDO, HAD APPLIED ONLINE FOR JOBS AT THAT AGENCY AND LEFT A COUPLE OF MESSAGES IN SHERRY'S VOICE MAIL BUT SHE NEVER DARED TO RETURN MY CALLS. ONCE AGAIN, I BELIEVE SHE AND THEY DENIED ME AVAILABLE JOBS AND DISCRIMINATED AGAINST ME DUE TO MY RACE AND/OR PAST CONVICTION(S).

PARAGRAPH 25- ON THE DATE(S) OF: 10/5/11, Defendant(s), YAI NETWORK WHO RESIDE(S) AT: 460 WEST 34TH STREET, NEW YORK, NY 10001 (NYC-USA) AND 555 WASHINGTON AVENUE, BRENTWOOD, NY 11717, COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 10/5/11, I, PLAINTIFF, CARMEN G., APPLIED ONLINE FOR JOBS AT THAT NETWORK BUT I, ONCE AGAIN NEVER GOT CALLED FOR ANY JOBS THERE. I GOT DISCRIMINATED AGAINST FOR EMPLOYMENT AT THIS PLACE AS WELL.

PARAGRAPH 26- ON THE DATE(S) OF: 10/13/11, Defendant(s), HOSPITAL FOR JOINT DISEASES WHO RESIDE(S) AT: 301 E. 17TH ST., NEW YORK, NY 10003 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL

DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS:  ON 10/13/11, I, THE PLAINTIFF, CARMEN G. APPLIED FOR JOBS ONLINE AND THE DEFENDANT NEVER CALLED ME FOR ANY JOB OPENINGS.  I GOT DISCRIMINATED FOR EMPLOYMENT THERE TOO.

PARAGRAPH 27- ON THE DATE(S) OF: 10/17/11, Defendant(s), TIME WARNER CABLE WHO RESIDE(S) AT: 109-15 14TH AVE., COLLEGE POINT, NY  11356 (QUEENS COUNTY - NYC-USA) AND/OR 139-79 20TH AVE., COLLEGE POINT, NY  11356 (QUEENS COUNTY-NYC-USA) AND/OR 60 COLUMBUS CIRCLE, NEW YORK, NY  10023 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 10/17/11, I, THE PLAINTIFF, CARMEN G., APPLIED FOR JOBS BY SENDING MY RESUME TO THE DEFENDANT(S), BY E-MAIL BUT THEY NEVER CALLED ME FOR THE JOB OPENINGS I HAD APPLIED FOR OR ANY AT ALL.  I BELIEVE I GOT RACIALLY PROFILED THERE TOO FOR EMPLOYMENT OPPORTUNITIES.

PARAGRAPH 28- ON THE DATE(S) OF: 10/26/11 AND 10/31/11, Defendant(s), CARMEN VELEZ, MELISSA VITALE AND SUNNYSIDE COMMUNITY SERVICES WHO RESIDE(S) AT: 43-31 39TH STREET, SUNNYSIDE, NY  11104 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 10/26/11, PLAINTIFF, CARMEN GUICHARDO HANDED IN HER RESUME TO CARMEN VELEZ FOR ANY JOB OPPORTUNITIES THERE AND THEN ON 10/31/11, PLAINTIFF, EMAILED HER RESUME TO MELISSA VITALE FROM HUMAN RESOURCES AT THAT PLACE; SHE NEVER GOT A CALL FOR A JOB OPENING INTERVIEW.  PLAINTIFF BELIEVES SHE ALSO GOT RACIALLY DISCRIMINATED AGAINST AND DENIED OF JOB OPPORTUNITIES. (PLEASE READ EXHIBITS AND/OR ATTACHMENTS)

PARAGRAPH 29- ON THE DATE(S) OF: 10/19/11, Defendant(s), DIANA MENDEZ AND LASIO WHO RESIDE(S) AT: 26-16 SKILLMAN AVE., LONG ISLAND CITY, NY  11101 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 10/19/11, DEFENDANT DIANA MENDEZ ACTED IN A HOSTILE MANNER AGAINST PLAINTIFF, CARMEN GUICHARDO WHEN SHE WAS APPLYING FOR A JOB WITH LASIO.  PLAINTIFF APPLIED FOR THE JOB BEING ADVERTISED ON THE FLYER BUT SHE, ONCE AGAIN, GOT RECURRENTLY DISCRIMINATED AGAINST AND DENIED FOR EMPLOYMENT OPPORTUNITIES DUE TO HER RACE AND/OR PAST ARREST OR CONVICTION RECORDS; PLAINTIFF NEVER HEARD FROM THEM TO CALL HER FOR A JOB INTERVIEW OF THE JOB OPENINGS THEY HAD.

PARAGRAPH 30- ON THE DATE(S) OF: CIRCA 10/2011-2012, 10/9/11, Defendant(s), YMCA WHO RESIDE(S) AT: 238-10 HILLSIDE AVENUE, BELLEROSE, NY  11426 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: CIRCA 10/2011-2012, 10/9/11, PLAINTIFF, CARMEN G., EMAILED HER RESUME TO DEFENDANT, YMCA AND/OR WENT IN PERSON TO

APPLY FOR DIFFERENT JOB OPENINGS BEING ADVERTISED BY SUCH PLACE; SHE NEVER GOT CALLED FOR JOBS THERE.

PARAGRAPH 31- ON THE DATE(S) OF: 10/19/2011, Defendant(s), LAGUARDIA COMMUNITY COLLEGE WHO RESIDE(S) AT: 31-10 THOMSON AVENUE, ROOM: E512, LONG ISLAND CITY, NY 11101 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 10/19/2011, DEFENDANT, LAGUARDIA COMMUNITY COLLEGE SPONSORED A JOB FAIR FOR WHICH THE PLAINTIFF, CARMEN GUICHARDO ATTENDED AND FELT SHE GOT DISCRIMINATED AGAINST AND/OR RACIALLY PROFILED BY SOME OF THE COMPANIES OR ORGANIZATIONS OR AGENCIES WHOM THEY SPONSORED FOR THE PLAINTIFF APPLIED FOR SOME OF THE JOB OPENINGS, AT THE JOB FAIR, WHICH THE SPONSORED BUSINESSES AND/OR COMPANIES HAD AVAILABLE AND THEY SAID THEY'D CALL HER BUT THEY NEVER DID; THUS THE PLAINTIFF FELT THEY PROFILED HER AND PLAINTIFF BELIEVES THAT THE DEFENDANT, LAGUARDIA COMM. COLLEGE HAS PART IN BEING HELD ACCOUNTABLE IN HER BEING RACIALLY PROFILED BY THOSE COMPANIES OR BUSINESSES, EVEN BY LAGUARDIA COMMUNITY COLLEGE, ITSELF.

PARAGRAPH 32- ON THE DATE(S) OF: 09/22/2011, Defendant(s), ELMCOR RECREATION CENTER OR ELMCOR YOUTH & ADULT ACTIVITIES, INC. WHO RESIDE(S) AT: 107-20 NORTHERN BLVD., CORONA, NY 11368 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 09/22/11, DEFENDANT, ELMCOR RECREATION CENTER, SPONSORED A JOB FAIR FOR WHICH PLAINTIFF, CARMEN GUICHARDO ATTENDED AND FELT SHE GOT DISCRIMINATED AGAINST AND/OR RACIALLY PROFILED BY SOME OF THE COMPANIES OR ORGANIZATIONS OR AGENCIES WHOM THEY SPONSORED AND PLAINTIFF BELIEVES THAT THE DEFENDANT, ELMCOR RECREATION CENTER, HAS PART IN BEING HELD ACCOUNTABLE IN HER BEING RACIALLY PROFILED BY THOSE COMPANIES OR BUSINESSES.

PARAGRAPH 33- ON THE DATE(S) OF: 01/17/2012, Defendant(s), AMERIGROUP REAL SOLUTIONS WHO RESIDE(S) AT: 120 MONUMENT CIRCLE, INDIANAPOLIS, IN 46204 (USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 01/17/2012, THE PLAINTIFF, CARMEN G. APPLIED ONLINE FOR A MARKETING REPRESENTATIVE POSITION AT THE AFOREMENTIONED HEALTHCARE ORGANIZATION, BUT ONCE AGAIN, SHE FACED EMPLOYMENT DISCRIMINATION DUE TO HER RACE AND/OR PAST ARREST RECORDS.

PARAGRAPH 34- CIRCA YEARS 2011-2012, Defendant(s), 777- CAR & LIMOUSINE SERVICES WHO RESIDE(S) AT: 43-23 35TH ST., LONG ISLAND CITY, NY 11101 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: CIRCA YEARS 2011-

2012, PLAITIFF, CARMEN G. WENT TO APPLY FOR JOBS BEING ADVERTISED TO DEFENDANT'S ADDRESS, SEVERAL TIMES AND THEY SAID THEY'D CALL HER BACK BUT THEY NEVER DID. I BELIEVE THEY ALSO DENIED ME AVAILABLE JOBS AND RACIALLY PROFILED ME BECAUSE OF MY PAST ARREST RECORDS AND/OR RACE.

PARAGRAPH 35- CIRCA YEARS 2008-2013, Defendant(s), MC DONALD'S RESTAURANT WHO RESIDE(S) AT: 37-19 JUNCTION BLVD., CORONA, NY 11368 (QUEENS COUNTY-NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: CIRCA YEARS 2008-2013, PLAINTIFF, CARMEN G., WENT TO SPEAK TO SOME OF THE DEFENDANT'S MANAGERS AND/OR EMPLOYEES AT THE DEFENDANT'S ADDRESS AND ASKED FOR A JOB APPLICATION, ON DIFFERENT OCCASIONS, SHE FILLED IT OUT AND BROUGHT BACK TO THEM AND THEY SAID THEY'D CALL HER BUT THEY NEVER DID. PLAINTIFF BELIEVES SHE WAS ALSO RACIALLY PROFILED THERE DUE TO HER PAST ARREST AND/OR CONVICTION RECORDS FOR SHE HAD PUT A CHECK MARK ON THE SECTION OF THE JOB APPLICATION WHERE IT ASKS ABOUT IF YOU'VE EVER BEEN CONVICTED OR SOMETHING LIKE THAT.....; THUS SHE GOT DENIED JOB OPPORTUNITIES AT THAT PLACE.

PARAGRAPH 36- ON THE DATE(S) OF: 10/7/2015, Defendant(s), OFFICE OF THE ATTORNEY GENERAL - ALBANY WHO RESIDE(S) AT: CONSUMER FRAUDS BUREAU, STATE CAPITOL, ALBANY, NY 12224-0341 (USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 10/7/2015, DEFENDANT, OFFICE OF THE ATTORNEY GENERAL, WAS MAILED A LETTER BY PLAINTIFF, CARMEN G., COMPLAINING AGAINST THE REPORTING AGENCIES, EQUIFAX, EXPERIAN AND TRANSUNION AND SOME BUSINESSES AND/OR USERS WHOM SHE BELIEVED TO HAVE MISUSED HER FILE OR BACKGROUND INFORMATION, WHICH IN PART HAD TO BE HELD ACCOUNTABLE FOR HER HAVING BEEN DENIED A LOT OF AVAILABLE JOBS AND CAUSED SOME ADVERSE ACTION AGAINST HER AND FOR FCRA VIOLATIONS OR 15 USC 1681 VIOLATIONS BUT THE PLAINTIFF NEVER RECEIVED A RESPONSE FROM THEM; THEY WERE NEGLIGENT TO HER COMPLAINT AND REQUEST(S). (PLEASE READ EXHIBITS AND/OR ATTACHMENTS.)

PARAGRAPH 37- ON THE DATE(S) OF: 10/7/2015, Defendant(s), OFFICE OF THE ATTORNEY GENERAL – NEW YORK CITY WHO RESIDE(S) AT: CONSUMER FRAUDS BUREAU, 120 BROADWAY – 3RD FLOOR, NEW YORK, NY 10271-7755 (NYC-USA), COMMITTED THE FOLLOWING CRIMES: TITLE VII VIOLATION(S) (EMPLOYMENT DISCRIMINATION), EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983), FOLLOWING ARE THE FACTS OF THE ALLEGATIONS: ON 10/7/2015, DEFENDANT, OFFICE OF THE ATTORNEY GENERAL, WAS MAILED A CC COPY OF A LETTER BY PLAINTIFF, CARMEN G., COMPLAINING AGAINST THE REPORTING AGENCIES, EQUIFAX, EXPERIAN AND TRANSUNION AND SOME BUSINESSES AND/OR USERS WHOM SHE BELIEVED TO HAVE MISUSED HER FILE OR BACKGROUND INFORMATION, WHICH IN PART HAD TO BE HELD ACCOUNTABLE FOR HER HAVING BEEN DENIED A LOT OF AVAILABLE JOBS AND CAUSED SOME ADVERSE ACTION AGAINST HER AND FOR FCRA VIOLATIONS OR 15 USC 1681 VIOLATIONS BUT THE PLAINTIFF NEVER RECEIVED A RESPONSE FROM THEM; THEY WERE NEGLIGENT TO HER COMPLAINT AND REQUEST(S). (PLEASE READ EXHIBITS AND/OR ATTACHMENTS.)

II.      **The jurisdiction of the Court is invoked pursuant to:** TITLE VII VIOLATION(S)- EMPLOYMENT DISCRIMINATION, EMPLOYMENT DISCRIMINATION BASED ON ARREST RECORDS, INTENTIONAL DISCRIMINATION OR RACIAL PROFILING, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL NEGLIGENCE, INTENTIONAL HOSTILITY, RECURRENT DISCRIMINATION, DEPRIVATION OF RIGHTS (42 USC 1983)

III.     **Statement of Claim. [give a clear and concise statement of facts:  where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim]-** based on the aforementioned injuries, i.e. loss and denial of many available jobs I applied for, caused to me by the aforementioned businesses and/or their listed staff members for having discriminated against me based on my past arrest records and intentionally racially discriminated against me, allowing their listed staff members to continue racially profiling against me, and for the defendants having also acted intentionally negligent towards me, wherefore, I, the plaintiff, Carmen C. Guichardo ask that such businesses and their listed staff members be executed to the fullest extent of the law and that the following remedies and/or reliefs be granted as the court may deem proper:

IV.      **Remedy.  State what relief, such as money damages, you seek from each defendant.**

1. Vindication of my name.
2. Listed Staff Members' Suspension and revocation of their titles, licenses, memberships, ownerships, properties, etc.
3. Listed Businesses and/or Organizations and/or Entities and/or Institutions closed down and/or fined.
4. Monetary for the intentional racial profiling or blacklisting and harassment, hostility, pain, suffering, infliction of emotional distress, harm to my reputation or defamation of my character which has also caused me to be recurrently racially discriminated against and be shunned, avoided, ridiculed, exposed to hatred and contempt by some other prospective employers and others and being denied of other job opportunities, etc.

03/09/16
**Date**

_Carmen C. Guichardo_
**Sign Your Name**

(347) 459-2507
**Telephone Number(s)**

**TO WHOM IT MAY CONCERN:**

**RE: EXCUSE OF MY LATE CLAIM FOR FILING EMPLOYMENT DISCRIMINATION**

DEAR SIR/MADAM:

I APOLOGIZE FOR MY LATE CLAIM; MY FAMILY AND I WERE DEALING WITH A LOT OF DIFFERENT FAMILY ISSUES BESIDES TRYING TO GET THE RIGHT ATTORNEY FOR SOME OF OUR CASE(S), BUT UNFORTUNATELY, WE COULD NOT FIND ONE ON CONTINGENCY FEE BASIS. IN ADDITION, THE OUTRAGEOUS DISTRESS OF MY SON-ELIJAH AND WE HAVING BEEN RACIALLY PROFILED BY SOME EDUCATIONAL INSTITUTIONS AND THEIR STAFF MEMBERS, LET ALONE, THE UNFAIR AND WRONGFUL EXPULSION OF MY SON FROM THE COLLEGE HE WAS ATTENDING, LAGUARDIA COMMUNITY COLLEGE AND THE DEFAMATION OF CHARACTER OR LIBELING PLACED AGAINST MY SON AND US TO HARM HIS AND OUR REPUTATION AND BECAUSE OF THIS DEFAMATION PLACED AGAINST MY SON AND US, HE AND WE ALSO GOT RACIALLY PROFILED AND DEFAMED BY OTHER INSTITUTIONS LIKE CUNY AND THE CITY COLLEGE OF NEW YORK, SOME PUBLIC ACCOMMODATIONS AND/OR FACILITIES, LIKE FOR E.G. SOME QUEENS PUBLIC LIBRARIES, FOOD/DRINKING ESTABLISHMENTS AND/OR RESTAURANTS AND OTHERS, OTHER PROGRAMS AND/OR SERVICES, ETC. TO PREVENT MY KID AND US FROM FURTHER PROSPERITY AND ADVANCEMENT IN USA AND TO CAUSE US TO BE SHUNNED AND AVOIDED BY OTHERS, LET ALONE, EXPOSE US TO SHAME, HUMILIATION, HATRED AND CONTEMPT IN USA. SUMMING UP, WE HAD TO FILE CLAIMS AGAINST SOME OF THE AFOREMENTIONED BUSINESSES AND/OR ENTITIES AND/OR INSTITUTIONS AND/OR PLACES OF PUBLIC ACCOMMODATIONS AND/OR PUBLIC FACILITIES TO DEFEND OUR RIGHTS AS CITIZENS FOR THEY WERE VIOLATED, WE'RE POOR PEOPLE, WE WERE ALSO EXPERIENCING OTHER HARDSHIPS AND STRUGGLES IN OUR LIVES LIKE FOR E.G. ONE OF THEM WAS FACING EVICTION, SEARCHING FOR APARTMENT RENTALS, FOR WHICH WE WERE BEING PROFILED AND LIVING IN DETRIMENTAL CONDITIONS, ETC. AND BY THE BLINK OF AN EYE; WE DID NOT REALIZE THAT TIME HAD FLOWN BY US. THEREFORE, WE SUBMITTED NOW A LATE CLAIM AND ASK YOU TO PLEASE ACCEPT OUR CLAIM.

IN ADVANCE, THANK YOUR FOR YOUR TIME AND ASSISTANCE.

SINCERELY,

CARMEN C. GUICHARDO

# CARMEN GUICHARDO'S JOB INTERVIEWS AND JOBS

*YEAR 2011:*

*3/3 - Dollar Tree (Northern Blvd.  & 54th St.- Queens, NY)*
*Victoria's Secret ( 31-35 Steinway St., Astoria, NY  11103)*
*Best Buy (5001 Northern Blvd., Long Island City, NY  11101)*

**ARMANI EXCHANGE**
**QUEENS CENTER BOULEVARD SPACE #2052**
**ELMHURST, NY  11373**
PHONE#: 718-271-4879
EMAIL: ax108@armaniexchange.com
INTERVIEW ON:  10/19/11

**DEREK EASSEY**

**(CHAMPION LEARNING CENTER)**

**111 JOHN STREET, STE. 910, NY, NY  10038**

PHONE#: 212-710-8112 OR 3112

EMAIL: Derek@championlearning.com

INTERVIEW ON: 10/28/11

**SHARON**
**PROGRESSIVE HOME HEALTH SERVICES, INC.**
**91-31 QUEENS BLVD., STE. 318**
PHONE#: (718) 478-6700 or (212) 273-5699
INTERVIEW ON: 10/11/11
**NOTE:** WAS TOLD BY SHARON, I'D BE CONTACTED IN A WEEK, BUT NO ONE GOT BACK TO ME.

**GLENNA**
**COUNCIL FOR AIRPORT OPPORTUNITY**
**90-04 161ST STREET, SUITE 201, JAMAICA, NY  11432**
PHONE#: 718-526-3322
EMAIL: ghamilton-jones@caony.com or glennajones@verizon.net
INTERVIEWED ON: 10/3/11

*✱ Someone called on (11/29/12) (Thurs) to offer me a Job interview to work @ the airport - I declined due to family issues (718) 526-3483*

1

# CARMEN GUICHARDO'S JOB INTERVIEWS AND JOBS

SAM HAGHNAZARI (RPH)
(RITE-WAY DRUG & SURGICALS)
369 1ST AVE., BET. 21ST AND 22ND STREETS, NY, NY 10010
PHONE#: 212-777-6864
INTERVIEWED ON: 10/10/11
NOTE: THE JOB WAS TO BE PAID IN CASH, ACCORDING TO SAM.

MIGUEL TORRES AND SHERRONDA WILLIAMS
MERCY HOME
273 WILLOUGHBY AVENUE, BROOKLYN, NY 11205
PHONE#: (718) 832-1075
WAS INTERVIEWED ON: 11/10/11
WWW.MERCYHOMENY.ORG

SHARON STEPHENS
GOOD TEMPS
111 E 59TH STREET- 10TH FL., NY, NY 10022
WWW.GOODTEMPS.ORG
INTERVIEW ON: 10/21/11

MEI LIN TAN
BOARD OF ELECTIONS
126-06 QUEENS BLVD., KEW GARDENS, NY
PHONE#: (718) 730-6730
INTERVIEW ON: 10/23/11 FOR THE INTERPRETER TRAINING POSITION

ROBERT DELLEO
LERNER CUMBO & ASSOCIATES
295 MADISON AVE., 14TH FLR., NY, NY 10036
PHONE#: (212) 661-1923
EMAIL: Rdelleo@lernercumbo.com
INTERVIEW ON: 11/11/11

2

# CARMEN GUICHARDO'S JOB INTERVIEWS AND JOBS

**JOSEPH (ACTORS AND MODELS TALENT RECRUITER) AND A BLONDIE SMOKER WOMAN**

**224 W 30TH ST., STE. 707, NY., NY**

PHONE#: (646) 399-7691

INTERVIEW ON: 11/12/11

NOTE: THE BLONDIE WOMAN WAS DESPICABLE TO ME; SHE DISCRIMINATED AGAINST ME BASED ON FINANCIAL STATUS AND JUST KEPT ASKING ME QUESTIONS ABOUT WHEN I'D GET THE MONEY TO BRING TO JOSEPH TO GET THE MODELING JOB; SHE WAS UNPROFESSIONAL AND SEEMED TO BE DRINKING FOR HER SMELL STANK.  JOSEPH WAS VERY PROFESSIONAL TO ME, BUT NOT HER.

**JESSIE HENRIQUEZ**

**LAW OFFICES OF SUZETTE RIVERA**

**84-30 ROOSEVELT AVE., 2ND FL., JACKSON HEIGHTS, NY  11372**

PHONE#: (718) 458-2929

INTERVIEW ON: 12/22/11

**NOTE:** HAD A LENGTHY INTERVIEW WITH HIM; SAID HE'D CALL ME BACK AND HE SEEMED TO BE OFFERING ME THE JOB TO WORK AT THE LAW FIRM WITH THEM BUT AFTER I HAD THE INTERVIEW WITH HIM, AND GOT BACK HOME AND CALLED HIM TO LET HIM KNOW OF MY PAST CONVICTION OF MISDEMEANOR, HE BACKED OFF.

**CAROLYN SCARPATI**

**EFRO STAFFING**

**25 WEST 45TH ST., STE. 500, NY, NY  10036**

PHONE#: 212-986-7001

EMAIL: cscarpati@efrostaffing.com

INTERVIEW ON:  11/2/11

**YEARS 2008/2009/2010:**

**HAD OTHER INTERVIEWS AT:** Dunkin' Donuts 3804 Junction Blvd, Corona, NY  11368» Map(718) 397-5770, Victoria's Secret 3135 Steinway St, Astoria, NY 11103» Map(718) 932-7642, PLS Check Cashers 3810 Junction Blvd, Corona, NY 11368» Map(718) 898-0100, WENDY'S , MC DONALD'S, BOGOPA supermarkets, FOOD BAZAAR SUPERMARKET ON JUNTION BLVD. QUEENS NY, KEYFOOD (BOGOPA) SUPERMARKETS AND FOOD BAZAAR SUPERMARKETS 34-20 Junction Blvd., Jackson Heights, NY and 35-60 JUNTION BLVD., Corona, NY – PHONE#: (800)553-8341, AND MANY OTHERS, WHICH I DON'T REMEMBER EXACTLY.

**MOUNT SINAI MULTISPECIALTY PHYSICIANS**

**82-01 37TH AVENUE, JACKSON HEIGHTS, NY  11372**

PHONE#: 718-899-2134 OR 718-639-9081

INTERVIEW SEVERAL TIMES ON DIFFERENT OCCASIONS DURING THOSE YEARS.

**YEAR 2007:**

3

## CARMEN GUICHARDO'S JOB INTERVIEWS AND JOBS

**THE ASSOCIATION FOR REHABILITATION CASE MGT**
584 BROADWAY, STE. 806, NY, NY 10012
WORKED FOR THEM SHORTLY BUT LAID ME OFF ONCE THEY CHECKED ON MY BACKGROUND
RECORDS.

**ASQ PAYROLL INC.**
401 SOUTH FOURTH ST 1900
LOUISVILLE, KY 40202
STEVEN NICHOLS AND ZOIE
STERLING GLEN OF GREAT NECK (NOW CALLED ATRIA)
96 CUTTER MILL RD., GREAT NECK, NY 11021
PHONE#: 516-773-8730
NOTE: ASQ IS THE MAIN OFFICE AND STERLING GLEN IS WHERE I WORKED AT. WORKED FOR THEM
ON 2007; THEY LET ME GO AS SOON AS THEY FOUND OUT OF MY PAST BACKGROUND RECORDS.

OCTOBER 7, 2015

OFFICE OF THE ATTORNEY GENERAL- ALBANY
CONSUMER FRAUDS BUREAU
STATE CAPITOL
ALBANY, NY  12224-0341

RE:     FORMAL COMPLAINT AGAINST CREDIT REPORTING AGENCIES (EQUIFAX, EXPERIAN, TRANSUNION) AND BUSINESSES
AND/OR USERS WHO HAVE MISUSED MY FILE INFORMATION AGAINST ME AND FOR FCRA VIOLATIONS OR 15 USC 1681
VIOLATIONS.

DEAR MR. ATTORNEY GENERAL:

I AM COMPLAINING AGAINST THE AFOREMENTIONED CONSUMER REPORTING AGENCIES AND ITS FURNISHERS AND/OR USERS,
WHO HAVE MISUSED MY FILES' INFORMATION AGAINST ME AND FOR FCRA VIOLATIONS FOR THE BELOW REASONS:

- SOME OF THEM, SOMETIMES, NEVER TOLD ME OR FAILED TO TELL ME IF AND WHEN MY FILE INFORMATION WAS USED
AGAINST ME WHEN I WENT ON COUNTLESS JOB INTERVIEWS AND SOME PROSPECT EMPLOYERS THEN DENIED ME THE
AVAILABLE JOB S I HAD APPLIED TO.

- THEY HAVE DEPRIVED ME OF THE RIGHT TO KNOW WHAT IS IN MY FILE.  I HAD SENT THE REQUESTED INFORMATION
FROM ME TO EXPERIAN CREDIT REPORTING AGENCY AND IF I AM NOT MISTAKEN, TO THE OTHERS AND THEY NEVER
SENT ME THE INFORMATION I HAD NEEDED FROM THEM, WHICH WAS TO PROVIDE ME WITH THE NAMES OF USERS OR
EMPLOYERS WHO'D  CHECKED ON MY BACKGROUND AND/OR CRIMINAL BACKGROUND. (SEE ATTACHED.)

- THEY HAVE FAILED TO CORRECT SOME INACCURATE AND/OR INCOMPLETE INFORMATION THAT IS IN MY FILE, FOR E.G.
MY CURRENT ADDRESS, ARREST RECORDS, DEBT STATUS, ETC.

- THEY MUST BE SHOWING SOME OUTDATED OR PRESENT NEGATIVE INFORMATION ABOUT ME TO PROSPECTIVE
EMPLOYERS, CREDITORS, LANDLORDS, HOUSING, GOVERNMENT, STATE AND LOCAL AGENCIES, ETC. SO AS TO PREVENT
ME FROM GETTING A JOB, AN APARTMENT, PROPER HOUSING APARTMENT PLACEMENT FOR ME AND FAMILY, ETC.
(ONE OTHER EXAMPLE IS SHOWING INFORMATION ABOUT MY ARREST RECORDS THAT IS MORE THAN 7 YEARS OLD.)

- I BELIEVE THAT MY FILE INFORMATION HAS BEEN FURNISHED TO UNAUTHORIZED USERS SO AS TO CAUSE AN ADVERSE
ACTION AGAINST ME.

THUS, I AM SEEKING DAMAGES FOR ALL THE HARM THEY HAVE CAUSED ME AS THE ATTORNEY GENERAL MAY DEEM PROPER.  IN
ADVANCE, THANKS, MR. ATTORN EY GENERAL FOR YOUR TIME AND ASSISTANCE AND LOOK FORWARD TO YOUR REPLY.

SINCERELY,

CARMEN C. GUICHARDO

CC: OFFICE OF THE ATTORNEY GENERAL-NEW YORK CITY
CONSUMER FRAUDS BUREAU
120 BROADWAY- 3RD FLOOR
NEW YORK, NY  10271-7755

1



# NEWS from HENRY STREET

## HENRY STREET SETTLEMENT

**FALL/WINTER 2011–2012**   265 HENRY STREET, NEW YORK NY 10002   212.766.9200   WWW.HENRYSTREET.ORG

---

## COMING Up At The ABRONS

**Basil Twist and Joey Arias:**
**Arias with a Twist Deluxe**
*September 14–October 16*

**Fitzgerald and Stapleton: The Smell**
**of Want (World Premiere)**
*October 6–8*

**Ben Allison**
*October 16*

**Steampunk Haunted House:**
**Through the Looking Glass**
*October 21–23 | October 26–31*

**New York City Players:**
**Dreamless Land (World Premiere)**
*November 1–20*

**Nutcracker on the Lower**
*November 26–December 4*

**A Christmas Carol or Dickens:**
**The Unparalleled Necromancer**
**(World Premiere)**
*December 1–December 20*

**Mx Justin Vivian Bond's**
**Austerity Measures**
*December 8–17*

**Underground at the Abrons**
*December 16*

**American Realness:**
**Festival of New Dance**
**and Contemporary**
**Performance**
*January 5–15*

**Eve Beglarian: The River**
**Project (New York Premiere)**
*January 20–28*

**For more information about**
**performances or arts training**
**classes (in music, theater,**
**visual arts and dance), please**
**call 212.598.0400 or visit**
**abronsartscenter.org.**

► Clockwise, from top right:
A scene from Steampunk
Haunted House, Ben Allison,
Mx Justin Vivian Bond.

---

## The ABRONS ARTS CENTER: People Are Talking!

Performances, exhibitions, arts training and education — the Abrons Arts Center does it all, and New Yorkers can't get enough. From rave theater reviews in *The New York Times* and *The New Yorker*, to sold-out performances, waiting lists for summer camp, expanded arts training programs and exhibitions, there's a lot happening at the Grand Street center.

The fall season kicks off with a five-week run of the madcap musical revue *Arias with a Twist*, followed by the newest incarnation of Third Rail Project's phantasmagorical Steampunk Haunted House. In November, Performa 2011 will feature commissioned works by three international visual artists venturing into the realm of performance, and Justin Bond's ever-popular holiday concert returns.

The AIRspace residency program for visual artists saw a 45 percent increase in applications this year and its first curator-in-residence, Miguel Amado, was recently hired by the Tate Galleries in London.

Even the facilities have garnered attention: Christopher Gray of *The New York Times* featured the Abrons in his "Streetscapes" column in December, and this spring the Playhouse was designated a New York City landmark.

"We are thrilled to be leading the arts renaissance on the Lower East Side," said Jay Wegman, Artistic Director of the Abrons Arts Center.



### WHAT PEOPLE ARE SAYING ABOUT ABRONS PERFORMERS

#### Arias With A Twist:
" Eat your heart out, Madonna. The chanteuses who play Madison Square Garden and football stadiums have never experienced the imaginative heights of spectacle with which Basil Twist surrounds Joey Arias."
—Ben Brantley, *The New York Times*

#### Steampunk Haunted House:
" A lavish delight for the senses."
—*The Village Voice*

#### Justin Bond's Christmas Spells:
" A performance that helped italicize one of the primary reasons we go to the theatre: to watch bodies, and thus truth, unfold as they tell stories."
— Hilton Als, *The New Yorker*

#### AMERICAN REALNESS:
" Spunky, smart… some of the brightest and most provocative lights on New York's contemporary scene."
— Claudia LaRocco, *The New York Times*

# HENRY STREET happenings

*Henry Street Settlement opens doors of opportunity for Lower East Side residents and all New Yorkers through innovative social services, arts programs and health care services. Here's a snapshot of some current programs:*





▲ Top: Children in day care enjoy healthy snacks; above: A Meals on Wheels delivery.

## Henry Street DISHES IT OUT

Henry Street is known for its social services, arts and health care programs, but did you know that the Settlement serves as many as 2,100 nutritious meals a day to keep clients well-nourished?

Henry Street's Meals on Wheels program delivers 1,000 meals each weekday to home-bound Manhattan residents, and the Good Companions Senior Center (located at 334 Madison Street) provides as many as 180 meals a day — lunch, dinner and, on Sunday, breakfast and lunch — in a lively communal setting.

In the Youth Services division, the Day Care program provides 100 children with breakfast and lunch every day, and 140 students at two After-School sites are served an after-school snack and dinner. (In the summer, the 260 youth attending the Settlement's day camps are given breakfast and lunch as well.)

Henry Street's Third Street Women's Residence provides 237 meals per day to its residents, and the Community Consultation Center's Psychiatric Day Treatment Program serves its clients about 130 meals a day.

"We believe in promoting good health among members of our community, and proper nutrition is an essential component," said David Garza, Executive Director of Henry Street.

## A New HOMELESS CHALLENGE at Henry Street and BEYOND

The goal of Henry Street's Transitional and Supportive Housing division is not only to shelter individuals, but to help them move to permanent housing. For many years, this was achieved, in part, because of rent subsidies provided by the government. However, in March the subsidy program was eliminated — and its effects are being felt at Henry Street and beyond.

"The elimination of the subsidy makes our already challenging work even more difficult," said Geniria Armstrong, Deputy Program Officer for Transitional and Supportive Housing. "The lack of affordable housing, a volatile economy and rising unemployment in New York City make the transition to permanent housing especially daunting."

To combat these challenges, Henry Street maintains a roster of full-time housing specialists to assist shelter residents, and recently added an on-site employment specialist to help connect residents to jobs that pay a living wage.



"We are committed to providing the resources to help our residents access employment and education so they have a better chance of finding a home of their own," said David Garza, Executive Director of Henry Street. "This latest challenge underscores the value of our purpose more than ever, and we will continue to work toward opening doors for our clients."

◄ Henry Street shelters many families while they look for permanent housing.

## Henry Street UNIVERSITY, Class of 2011

This past summer, 100 lucky high school seniors were enrolled in a unique "university" — one designed to help them get into college. These students were lucky because they got a coveted spot in Henry Street University (HSU), the summer program of the agency's Expanded Horizons College Preparation Services. HSU served 48 students last year but was able to expand this year, thanks to a generous grant from the Xerox Corporation.

The six-week intensive teaches the students how to fill out applications, how to secure recommendations, how to write the all-important college essay, and offers SAT prep courses and visits to college campuses.

"Every summer, students come to HSU because they know they'll learn how to successfully navigate the college application process," said Matthew Phifer, Director of Adolescent Education Services at Henry Street. "There are even weekly group trips to nearby colleges, including Fordham, SUNY Albany, and Hofstra."

The students are enthusiastic. "It's a great opportunity," says Sabrina Mezar. "Other programs just seem expensive; the teachers at HSU are awesome," adds Gaby Cordero.

Each year, Expanded Horizons serves more than 400 students ages 14 to 24 and last year 119 high school seniors were accepted to college.



▲ SAT prep classes at Henry Street University prepare youth for college admission.

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Carmen C. Guichardo<br>3740 Warren Street<br>Jackson Hts, NY 11372 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2012-02178 | Orfelino Genao,<br>Investigator | (212) 336-3642 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

**Kevin J. Berry,**
**District Director**

5-10-12
*(Date Mailed)*

cc:

TONY ROMA'S
210-35 26th Avenue
Bayside, NY 11360

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Carmen C. Guichardo<br>3740 Warren Street<br>Jackson Hts, NY 11372 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2012-02179 | Orfelino Genao,<br>Investigator | (212) 336-3642 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____        5-10-12
Kevin J. Berry,                          (Date Mailed)
District Director

Enclosures(s)

cc:    DR. CHARLES KRIEGER CHIROPACTIC
       31-07 37th Street
       Astoria, NY 11103



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Phone: (212) 336-3620
General Fax: (212) 336-3625
TTY: (212) 336-3622

6 January 2012

Carmen C. Guichardo
37-40 Warren Street, Basement Apartment
Jackson Heights, NY 11372

Dear Ms. Guichardo:

In accordance with your request please find attached the supporting documentation you provided to our office.

Paul Young
NY District Office

Enc.



# GoodTemps

## Thank you for registering with us

Once your application is processed, you will be automatically considered for any incoming job opportunities that you qualify for based on your skills, test results, experience, and qualifications as stated on your application and résumé, along with your availability.

If an assignment is found for which you qualify as a top candidate, we will contact you to discuss the position.

## Keep in touch, stay competitive

We strongly encourage you to take advantage of our free online computer skills training, to ensure you maintain a competitive edge. Additionally, please inform us if your address, phone number, or any of your personal information changes. We can only offer you a job opportunity if we can reach you.

Email customerservice@goodwillny.org with any changes in your contact information or for free training details.

## Follow us online


### Website
www.goodtemps.org

*In-Person ✓ Good will Rep: Sharon Stephens. 10/21/11*


### Twitter
www.twitter.com/goodtemps


### Facebook
www.facebook.com/GoodTemps


### LinkedIn
www.linkedin.com/groups?gid=2184033


### YouTube
www.youtube.com/goodtemps

111 E 59th Street – 10th Floor
New York, NY 10022
www.goodtemps.org

**Goodwill Industries of Greater NY and Northern NJ, Inc.**

## NOTICE OF PRIVACY PRACTICES

This notice describes how medical information about you can be used and disclosed and how you can get access to this information. Please review it carefully and sign below.

**Uses and Disclosures: We will use and disclose elements of your protected health information (PHI) without your signed authorization the following ways:**

1. **Treatment:** We will use and disclose your protected health information to provide, coordinate, or manage your health care and any related services. This includes the coordination or management of your health care and services with a third party that has already obtained your permission to have access to your protected health information. We will disclose protected health information to other covered entity physicians who may be treating you when we have the necessary permission from you to disclose your protected health information.

2. **Payment:** Your protected health information will be used, as needed, to obtain payment for your health care services.

3. **Healthcare Operations:** We may use or disclose your protected health information in order to meet the business requirement of Goodwill Industries. These activities include, but are not limited to, quality assessment activities, employee review activities, training, licensing, marketing and fundraising activities, and conducting or arranging for other business activities.

4. **Marketing:** We may use or disclose your protected health information within our organization, as necessary, to provide you with information about new programs and services and other topics that may be of interest to you.

5. **Fundraising:** We may use or disclose your demographic information and the dates that you received services from our agency, as necessary, in order to contact you for fundraising activities supported by our organization.

**Your Health Information Rights:** Unless otherwise required by law your health record is the physical property of Goodwill Industries, but the information belongs to you. Following is a statement of your rights with respect to your protected health information and a brief description of how you may exercise these rights.

1. You have the right to inspect and copy your protected health information. This means you may inspect and obtain a copy of protected health information about you that is contained in a designated record set for as long as we maintain the protected health information.

2. You have the right to request a restriction of your protected health information. This means you may ask us not to use or disclose any part of your protected health information for the purposes of treatment, payment or healthcare operations. You may also request that any part of your protected health information not be disclosed to family members or friends who may be involved in your care or for notification purposes as described in this Notice of Privacy Practices. Your request must state the specific restriction requested and to whom you want the restriction to apply.
   Goodwill Industries is not required to agree to every restriction that you may request. If we believe it is in your best interest to permit the use and disclosure of your protected health information, your protested health information will not be restricted.

3. You have the right to request to receive confidential communications from us by alternative means or at an alternative location. You have the right to obtain a paper copy of this notice from us, upon request even if you agreed to accept this notice alternatively, for example: electronically.

4. You may have the right to have Goodwill Program Staff amend your protected health information. If we deny your request for amendment, you have the right to file a statement of disagreement with us and we may prepare a rebuttal and will provide you with a copy of any rebuttal.

5. You have the right to receive an accounting of certain disclosures we have made, if any, of your protected health information. We reserve the right to change the terms of this notice. You then have the right to object or withdraw as provided by this notice.

**Use of Cameras:** We have the right to use cameras in order to assure your safety while in our facility.

**Marketing:** We may use or disclose your protected health information within our organization, as necessary, to provide you with information of new programs and services, and other topics that may be of interest to you.

**Fundraising:** We may use or disclose your demographic information and the dates that you received services from our agency, as necessary, in order to contact you for fundraising activities supported by our organization.

**Complaints:** You may contact our Chief Privacy Officer, Ms. Joan M. Meinking at (718) 777-4200 or jmeinking@goodwillny.org

**Our Responsibility:** We are required by law to maintain the privacy of your PHI and to provide you with notice of our legal duties and privacy practices. We must abide by the terms of this notice and any update of this notice.

**Effective Date:** This notice was published and becomes effective on April 14, 2003

---

*I hereby acknowledge I received Goodwill's Notice of Privacy Practices.*

**Client Signature** _Carmen Guichardo_          **Date** 10/21/11

**Witness Signature** _[signature]_          **Date** 10/21/11





# Applicant-Employee Work Ethic

In the event of employment with GoodTemps, Division of Goodwill Industries of Greater New York & Northern New Jersey, Inc., you are expected to maintain a high work ethic. For over 100 years it has been, and must remain, Goodwill's reputation to provide qualified, motivated and responsible workers to the employers whom we serve. Without this reputation Goodwill would not be in a position to find work for the great number of people we do, and would not be serving our mission as a not-for-profit corporation dedicated to helping those in need to find suitable employment. We protect our reputation by continuously maintaining a high degree of quality control, which means we monitor the workers who we place, and strive to ensure they meet the high standards that Goodwill represents.

## Attendance
Unless hindered by an emergency or event out of your control, we expect you to arrive on time, take lunch breaks as scheduled by your site supervisor within the time frame prescribed and leave work at your scheduled time, no sooner.

We understand that emergencies do arise from time to time, but it is unreasonable to accept that emergencies are the norm and not the exception. You are required to immediately report all absences and/or lateness (which should be documented with doctors' note, jury duty notice, etc...) to your GoodTemps representative. If regular absences or lateness occur, it will not be acceptable. Your position offers no leave, paid or unpaid. You are required to maintain the work schedule to which you are assigned. Failure to do so without written approval may result in the termination of your work assignment.

## Quality of Work & Productivity
We expect you to care about the work you perform, to have pride in your product and to earn the respect of your employer. No matter what work you perform, you will be judged by the quality with which you perform it. Your employer has retained GoodTemps to provide them with temporary staff because a job needs to get done. If it does not get done then the employer has no incentive to use GoodTemps, or to keep you working.

## Appearance & Conduct
Professionalism is often defined by your appearance and conduct. If you wish to be accepted by your employer know what is expected of you in these areas and comply. The criteria under which you may qualify for placement are that you have an excellent work ethic and required skills. If, however, you develop bad work habits at any given time, which damage Goodwill's reputation as a whole, GoodTemps will not tolerate them. Your attendance and performance will be monitored continually. There are too many unemployed people willing to give their best effort to a job assignment for us to accept a poor work ethic from any of our workers.

Likewise, if your attendance and performance prove that you have a high work ethic, we will continue to offer you work opportunities for which you are best suited as they become available. We give our best effort for those who give theirs.

## Wage Summary
Checks are mailed or deposited into your designated Direct Deposit account / payroll card account by the Friday following the week worked, contingent upon GoodTemps receiving authorization of your timesheet from the on-site supervisor by the deadline stated in GoodTemps's Time Sheet Policy. Any time worked during the same payroll week that exceeds 40 hours will be paid at a rate 1½ times the established wage for that position.

I understand and agree to abide by the above policies and conditions

Signature _Carmen C. Guichardo_    Date _10 / 21 / 01_

Name (print) _CARMEN C. Guichardo_

Case 1:16-cv-01221-MKB-RLM   Document 1   Filed 03/09/16   Page 27 of 76 PageID #: 27

# Notice and Acknowledgement of Wage Rate(s) for Temporary Help Firms
## Under Section 195.1 of the New York State Labor Law

**1. Temporary Help Firm Information**

Name:

GoodTemps

Doing Business As (DBA) Name(s):

GoodTemps, division of
Goodwill Industries

FEIN (optional):

Physical Address:
111 E 59th ST - 10FL,
NEW YORK, NY 10022

Mailing Address:
AS ABOVE

Phone: (212) 986-9566

**2. Notice given:**
- [X] At hiring
- [ ] On or before February 1
- [ ] Before a change in pay rate (s),
allowances claimed or pay day

**3. Payday (check one):**
- [X] Regular payday: FRIDAY
- [ ] Unknown  The payday is based on
the payday of the assigned
organization.

**4. Rate of Pay (check one):**
- [X] Average Wage Rate Range for
Assignment(s): $10 - $15
- [ ] Employee's rate (s) of pay:
  - $_____ per _____
  - $_____ per _____
  - $_____ per _____

**5. Allowances taken:**
- [X] None
- [ ] Tips _____ per hour
- [ ] Meals _____ per meal
- [ ] Lodging _____
- [ ] Other _____

**6. Pay is:**
- [X] Weekly
- [ ] Bi-weekly
- [ ] Other: _____

**7. Overtime Pay Rate:** $ TBA per hour

For most workers in NYS this rate must be
at least 1 ½ times the regular rate of pay,
for all hours worked over 40 per workweek
(44 hours for certain residential
employees). The Temporary Help Firm
should count all hours worked in all
assignments during a workweek. Some
assignments are only required to receive
overtime pay at 1½ times the minimum
wage. When you receive your assignment,
your employer will tell you the overtime
rate and the reason why if you are not
eligible for overtime for that assignment.

**8. Employee Acknowledgement:**

On this day, I received notice of my pay
rate, overtime rate (if eligible), allowances,
and designated payday. I told my employer
what my primary language is.

**Check one:**
- [X] I have been given this pay notice in
English only, because my primary
language is English.
- [ ] My primary language is
_____. I have
been given this pay notice in English
only, because the Department of Labor
doe not yet offer a pay notice form in
my primary language.

_Carmen C. Guichardo_
Applicant/Employee Signature

_10/21/11_
Date

_Sharon Chulato Coml_
Preparer Name and Title

**The employee must receive a signed copy of
this form. The employer must keep the
original for 6 years.**

LS 51 (03/11)

**GoodTemps**
Be Ready

Safety First
Keep this document for your records
Large print available on request

GoodTemps and the customer company at which you will undertake your assignments are concerned for the safety of all employees. You are the person who can best take care of yourself in any given situation on an assignment. This outline of safety recommendations is designed to assist you in working safely.

## . PROPER EQUIPMENT

At the commencement of the assignment ensure that all equipment is working properly and is functional and adjusted for your well-being.

### Chairs
- Chair height should be correct--adjust it to suit you.
- Chair back should be functional and provide proper support.

### Tools
- The tools you will use on the assignment should be demonstrated to you in the event that you have not used them before.
- Be aware of how to operate the emergency shut off device on any piece of equipment.
- If a tool or piece of equipment breaks or becomes excessively worn, report it to your supervisor and request repairs or new issue.

### Lifting
- Do not lift heavy items by yourself, use a proper and approved lifting device.
- In case you are not authorized or trained to use one then ask a trained person with such a device to do the lifting.
- If lifting is outside of your job scope, do not lift any item in excess of 20 pounds. (about the weight of a normal bag of groceries).
- If lifting is part of your job scope, do not attempt to lift any item in excess of 50 pounds without the use of proper and approved lifting equipment.
- If you feel uneasy or concerned about what you are asked to lift, please call your supervisor at GoodTemps or your supervisor at the work site.

## 2. DRUGS AND ALCOHOL
- To ensure your own safety and the safety of others do not go to an assignment while under the influence of drugs or alcohol.
- Call your supervisor at GoodTemps prior to the start of your day shift so they can make alternate arrangements.
- The use of, or being under the influence of drugs, alcohol, mood or mind altering substances (other than those prescribed under the supervision of your health care provider) on the job is strictly prohibited and is cause for immediate dismissal.

## . WORKING AREAS

Assess the work area for potential hazards and proceed safely with the duties at hand.

### Floors
- Be careful of tiled surfaces. They may be slick even when they are not wet.
- Wet areas--carefully walk around them.
- Uneven floor surfaces present a hazard if you are not aware of your surroundings. Be careful!

### Shelves
- Watch for poorly balanced shelves or for overhanging items.

### Stairs
- Stairs should be clear.
- Use handrails when going up and down stairs.
- Climb or descend steps one at a time.
- Be aware of your shoes. Loose shoelaces, grease on soles, wet or damp soles, or loose fitting shoes all present safety hazards that you can control or rectify.

### Corners
- Slow down when approaching corners to avoid collisions.

## LIFTING

A) If your assignment does not require lifting (for example, secretary, clerk, receptionist, light assembly worker) then do not lift any item heavier than a normal grocery bag, 20 pounds maximum.

If your assignment does not require lifting and you are asked to lift by your onsite supervisor:

1) You must make the onsite supervisor aware of any disability you have which would preclude lifting and do not lift.
2) You are not required to lift. Please phone your supervisor at GoodTemps to help you deal with the customer.
3) If you are asked to undertake duties different from those assigned, then do not undertake those duties unless you have called your supervisor at GoodTemps.

B) If your assignment does require lifting (for example, warehouse work, loading dock work,) DO NOT LIFT ANY ITEM HEAVIER THAN 50 POUNDS without the use of a lifting device such as a forklift.

If you come across an item that is labeled as being heavier than 50 pounds which requires lifting, do not lift it without a mechanized lifting device.

# GoodTemps
## Be Ready

# Safety First
Keep this document for your records
Large print available on request

If you suspect that an item is heavier than 50 pounds then:

1)  Ask the onsite supervisor.
2)  Cautiously test lift and only proceed to lift if you are sure it is less than 50 pounds.

If you must lift an item that is very large or awkward due to shape or packaging, and it is less than 50 pounds, then ask for another worker to help you lift it. Always lift with your legs and not your back. The proper lifting stance is to bend at the knees while keeping your back straight, take hold of the article, then stand up by straightening your knees. In this way the weight is transferred through your legs. When lifting, using the proper position, always test the weight of the article you are lifting prior to commencing the act of lifting. An article that is too light can throw you off balance, and is as risky as an item that is too heavy. Be careful!

## UNSAFE REQUESTS

If any request made of you on an assignment places you in an unsafe position or exposes you to risk due to an old injury or disability, then please advise your supervisor or foreman on the job site and decline to undertake the activity. Advise your supervisor at GoodTemps so that he/she may deal with the customer on your behalf.

## DON'T RUN OR RUSH OR ENGAGE IN HORSEPLAY

- "Stop, look and listen" is good advice when working with machinery, no matter how simple it may appear.
- Understand the uses of any equipment you are asked to operate.
- Make sure that you are shown the safety devices and emergency procedures appropriate to your situation.
- Walk in designated areas. Do not take shortcuts over or under machinery or shelving.
- Do not run on a job site.

## EQUIPMENT

Be sure equipment is in good working order. Frayed electrical cords, broken equipment, safety devices that have been removed and leaking containers are examples of hazards to be avoided.

| | |
|---|---|
| Safety glasses or goggles | Goggles are required to be worn when using power equipment. Use them as necessary for the assignment you are on. If you have any concerns, call your supervisor at GoodTemps. |
| Long hair/loose clothing | When working near machinery, long hair and loose clothing represent a significant hazard. Wear your hair up or in a net and secure all loose clothing. Even in an office this danger is present. A tie, for example, can get caught in a shredding machine and cause severe injury. |
| Steel toed shoes | Ask your supervisor about the policy on steel-toed shoes. You must wear them on an assignment if that is the required standard footwear, regardless of whether you are male or female. With many styles available for all workers, purchasing a suitable pair is possible. |
| Hard hats | If your assignment is in a hardhat area, be sure to wear one. |
| Ladders | Prior to ascending a ladder be sure it is securely positioned and that the ladder is sound and functional. Do not use a rickety or broken ladder. If necessary have someone hold the bottom of the ladder in place for you. Do not extend your reach on a ladder. If you cannot easily and comfortably reach an item, then climb down, move the ladder to the right position and ascend again. |

## CONDITIONS YOU FEEL ARE UNSAFE

You are not to undertake unsafe work. In the event that you encounter unsafe conditions, contact your supervisor at the job site and at GoodTemps immediately. Your supervisor at GoodTemps will deal with the situation as required. If you are assigned a co-worker who is under the influence of drugs or alcohol, you are not required to work with them. Contact your supervisor at GoodTemps who will deal with the customer on your behalf. If you are assigned to a position that requires you to be exposed to chemical such as paints, pesticides or cleaning products and you do not feel comfortable with such chemicals, contact your supervisor at GoodTemps.

## CHANGES IN ASSIGNMENT DUTIES

Advise your supervisor at GoodTemps prior to undertaking such work if the customer assigns to you substantially different duties than you understood you were originally assigned. Examples of substantial changes in duties are:

- A secretary is asked to do light packing in the warehouse.
- A clerk is asked to work in the warehouse or to do light assembly.
- A secretary typist is asked to do shorthand.
- A typist/receptionist is asked to stock shelves.
- A secretary is asked to do telephone surveying.
- A light assembly worker is assigned to warehouse work.

The work you do and the customer to which you are assigned is organized and controlled by your supervisor at GoodTemps. By keeping in touch and informing him/her of your work environment, they are better able to assign you.

# GoodTemps
Be Ready

# Statement of Policy
LARGE PRINT VERSION AVAILABLE UPON REQUEST

Nothing in this application, or in any prior or subsequent written or oral statement, creates a contract of employment.  You agree and understand that if you are assigned by GoodTemps, your employment will be "at-will" and may be terminated at anytime, with or without cause or notice, at the option of GoodTemps or yourself.

## General Policies

1.  You shall be paid only for those hours that you actually work, lunch hours and breaks excluded.  In accordance to the Fair Labor Standards Act, GoodTemps is not obligated to pay for time not worked, such as vacations, sick leave or federal or other holidays.  No other benefits are offered unless stated.
2.  Overtime rates will apply after 40 hours worked in any one week at the rate of time and one half.
3.  Should an offer of employment be made by an employer to whom GoodTemps assigned you, you are free to accept such an offer. However, you are required to inform GoodTemps of the offer and your acceptance.
4.  There may be assignments that require the passing of a physical examination, drug screening or background check. You are free to reject such procedures and in such a case may be withdrawn from consideration.  Other assignments may still be offered to you which do not require such procedures.
5.  *GoodTemps requires two weeks notice of your intention to resign.*
6.  This agreement in no way constitutes a commitment by GoodTemps to continue your employment for any set period of time.  GoodTemps is an "at will" employer.  The employment relationship may be terminated at any time with or without cause, by either party.

## On the Job Accidents -- Your Responsibilities

If you have an on-the-job accident or injury, or serious near miss, it must be reported immediately to your onsite supervisor as well as to GoodTemps at (212) 986-9566. Failure to do so could result in your claim being delayed or denied.

If no injury has occurred or professional medical assistance is not required, you must fill out and give to your onsite supervisor an Incident Report by the end of the work day and give a copy of this report to GoodTemps by the next day.

If an injury does occur, you must follow appropriate emergency response procedures then contact GoodTemps to complete a Workers Compensation 801 form within 24 hours.  If your injury requires immediate emergency medical care the 801 form must be filled out as soon as possible.

## Client Confidentiality

Confidentiality of information obtained on assignment is paramount in any field of employment.  You agree not to divulge to any person, information obtained on an assignment that may represent a breach of trust, security or trade secret that would be injurious to the customer of GoodTemps, GoodTemps or Goodwill Industries of Greater NY & Northern NJ, Inc. and/or any client and/or subsidiary.

In consideration of employment with a customer of GoodTemps, we expect the following:

1.  That except as specifically required in the performance of his or her duties you shall not:
    a.  Directly or indirectly divulge to any person, firm or corporation any information gained in the offices of the Customer or as a result of access to any of the Customer's documents or records.
    b.  At any time make copies or transcripts or other recordings of any nature of, or drawn from, any material to which you may have access while in the premises of the Customer.
    c.  Either during employment on the premises of the Customer or at any time thereafter use or otherwise turn to account any information gained during such placement.
    d.  Either during employment or afterward divulge to any person or corporate body the names, addresses, telephone numbers and/or any other particulars of business operations relating to the customer.
2.  You shall, during any period of employment, devote your full attention and effort to the work of the Customer and to the due performance of the duties assigned to you by the Customer, its managers and supervisors, in a competent and responsive manner.
3.  You hold GoodTemps and the Customer free and harmless from any loss or damage, direct, indirect or consequential, arising from any breach by you of any of the terms hereof.
4.  You acknowledge that these provisions are not only for the benefit of GoodTemps, but also for the benefit of the Customer.  You acknowledge and agree that not only GoodTemps, but also the Customer, shall have a right of action against you in respect to any breach or threatening of the terms or conditions of this Agreement.

## Drug and Substance Abuse

If employed by GoodTemps, recognizing the safety hazard and potential damage to the company's reputation and business relationships posed by the use of illegal drugs, controlled substances and alcohol is paramount. You agree to comply with the following drug and substance abuse policy:

1.  When assigned by GoodTemps to any of its customers, you will not to report to work with any measurable amount of alcohol or illegal drugs in your system, and not to have any measurable amount of alcohol or illegal drugs in your system while on the premises of the customer, while conducting the business of the customer or while in any vehicles of the customer.

2.  The use, possession, receipt, manufacture, distribution or sale of alcohol, illegal drugs or drug paraphernalia or controlled substances not medically authorized, while on customer premises, when conducting customer business or while in customer vehicles is prohibited.

3.  The storing of any alcohol, illegal drug, drug paraphernalia or controlled substances in any locker, desk, vehicle or other repository on customer premises is prohibited.

4.  You may be subject to and hereby consent to the search of your person or property while on the premises or in the property of a customer to which you have been assigned. Your failure to allow such a search shall result in the immediate termination of your employment with GoodTemps.

5.  In the event you are under the influence of any medically-authorized or over-the-counter drug which could impair your ability to safely and efficiently perform your assigned job, you will both report the use of such drug to your supervisior and provide a proper written medical authorization to perform work from a licensed practitioner, physician or dentist. The failure to report the medical use of such drugs, or the failure to provide proper evidence of medical authorization may result in disciplinary action up to and including termination.

6.  You must notify GoodTemps within five days if you are arrested or convictioned for violation of a criminal drug statute. (Required by the Federal Drug Free Workplace Act.)

*For the purpose of this policy, the term "drug" includes any substance which impairs an employee's ability to perform a job or duty or poses a threat to the safety of an individual or others. It includes such commonly known items as marijuana, cocaine, opiates (such as heroin), phencyclidine (such as PCP), amphetamines and other mind-altering drugs and any other substance, the distribution or use of which is controlled by regulation or statute. It also includes otherwise legal or prescribed drugs which are taken in other that the authorized dosage or for which the employee does not have a bona fide prescription.*

NEW YORK CORRECTION LAW
ARTICLE 23-A

**A COPY OF THIS LAW IS BEING PROVIDED TO YOU IN CONJUNCTION WITH OUR ORDERING BACKGROUND REPORTS ON YOU.**

**New York Bus Code §380-c(b)(2) and 380-g(d)**

---

**§750. Definitions.** For the purposes of this article, the following terms shall have the following meanings:

(1) "Public agency" means the state or any local subdivision thereof, or any state or local department, agency, board or commission.

(2) "Private employer" means any person, company, corporation, labor organization or association which employs ten or more persons.

(3) "Direct relationship" means that the nature of criminal conduct for which the person was convicted has a direct bearing on his fitness or ability to perform one or more of the duties or responsibilities necessarily related to the license, opportunity, or job in question.

(4) "License" means any certificate, license, permit or grant of permission required by the laws of this state, its political subdivisions or instrumentalities as a condition for the lawful practice of any occupation, employment, trade, vocation, business, or profession. Provided, however, that "license" shall not, for the purposes of this article, include any license or permit to own, possess, carry, or fire any explosive, pistol, handgun, rifle, shotgun, or other firearm.

(5) "Employment" means any occupation, vocation or employment, or any form of vocational or educational training. Provided, however, that 'employment" shall not, for the purposes of this article, include membership in any law enforcement agency.

**§751. Applicability.** The provisions of this article shall apply to any application by any person for a license or employment at any public or private employer, who has previously been convicted of one or more criminal offenses in this state or in any other jurisdiction, and to any license or employment held by any person whose conviction of one or more criminal offenses in this state or in any other jurisdiction preceded such employment or granting of a license, except where a mandatory forfeiture, disability or bar to employment is imposed by law, and has not been removed by an executive pardon, certificate of relief from disabilities or certificate of good conduct. Nothing in this article shall be construed to affect any right an employer may have with respect to an intentional misrepresentation in connection with an application for employment made by a prospective employee or previously made by a current employee.

**§752. Unfair discrimination against persons previously convicted of one or more criminal offenses prohibited.** No application for any license or employment, and no employment or license held by an individual, to which the provisions of this article are applicable, shall be denied or acted upon adversely by reason of the individuals having been previously convicted of one or more criminal offenses, or by reason of a finding of lack of 'good moral character' when such finding is based upon the fact that the individual has previously been convicted of one or more criminal offenses, unless:

(1) There is a direct relationship between one or more of the previous criminal offenses and the specific license or employment sought or held by the individual; or

(2) the issuance or continuation of the license or the granting or continuation of the employment would involve an unreasonable risk to property or to the safety or welfare of specific individuals or the general public.

**§753. Factors to be considered concerning a previous criminal conviction; presumption.** 1. In making a determination pursuant to section seven hundred fifty—two of this chapter, the public agency or private employer shall consider the following factors:

(a) The public policy of this state, as expressed in this act, to encourage the licensure and employment of persons previously convicted of one or more criminal offenses.

(b) The specific duties and responsibilities necessarily related to the license or employment sought or held by the person.

(c) The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his fitness or ability to perform one or more such duties or responsibilities.

(d) The time which has elapsed since the occurrence of the criminal offense or offenses.

(e) The age of the person at the time of occurrence of the criminal offense or offenses.

(f) The seriousness of the offense or offenses.

(g) Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct.

(h) The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public.

2. In making a determination pursuant to section seven hundred fifty—two of this chapter, the public agency or private employer shall also give consideration to a certificate of relief from disabilities or a certificate of good conduct issued to the applicant, which certificate shall create a presumption of rehabilitation in regard to the offense or offenses specified therein.

**§754. Written statement upon denial of license or employment.** At the request of any person previously convicted of one or more criminal offenses who has been denied a license or employment, a public agency or private employer shall provide, within thirty days of a request, a written statement setting forth the reasons for such denial.

**§755. Enforcement.** 1. In relation to actions by public agencies, the provisions of this article shall be enforceable by a proceeding brought pursuant to article seventy—eight of the civil practice law and rules. 2. In relation to actions by private employers, the provisions of this article shall be enforceable by the division of human rights pursuant to the powers and procedures set forth in article fifteen of the executive law, and, concurrently, by the New York city commission on human rights.

**VENABLE**®LLP

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS   TWENTY-FIFTH FLOOR
NEW YORK, NY 10020
T 212.307.5500   F 212.307.5598   www.Venable.com

November 21, 2011

T 212.307.5500
F 212.307.5598

Carmen C. Guichardo
37-40 Warren Street
Jackson Heights, New York  11372

Dear Ms. Guichardo:

This will acknowledge receipt of your resume inquiring about the Legal Administrative Assistant position with our firm.  This position has been filled, however, we will keep your resume on file for future reference for the next 60 days.

Very truly yours,

Linda D. Shaul
Office Manager

LDS:jwc

# VENABLE® LLP

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS   TWENTY-FIFTH FLOOR
NEW YORK, NY 10020
**T** 212.307.5500   **F** 212.307.5598   www.Venable.com

February 9, 2012

**T** 212.307.5500
**F** 212.307.5598

Ms. Carmen Guichardo
37-40 Warren Street
Jackson Heights, NY  11372

Dear Ms. Guichardo:

     This will acknowledge receipt of your resume inquiring about the Legal Administrative Assistant position with our firm.  This position has been filled, however, we will keep your resume on file for future reference for the next 60 days.

     Thank you.

Very truly yours,

Linda D. Shaul
Office Manager

LDS:jwc



**Progressive Home Health Services, Inc.**
132 West 31st. Street, 7th Fl.
New York, New York 10001
Tel. (212) 273-5500

Date: 10 / 11 / 11

Dear: *Carmen Quichardo*

Thank-you for your interest in Progressive Home Health Services, Inc.

Our Program Committee will review your application and determine your eligibility. If you are selected, you will be notified by telephone within one week of the interview. If you are not contacted in one week, you have not been selected.

Thank you,

Recruiter's Signature

Thank you form/lg/t 1/23/04

# PROGRESSIVE HOME HEALTH SERVICES, INC.

## NOW HIRING
### Certified Home Health Aides
****Work Available in****
Bronx, Brooklyn, Manhattan, and Queens



*(handwritten: called on 10/4/11 Bring ID's)*

*(handwritten: 10/4/11 will call me in 1 wk.)*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

FREE TRAINING
FOUR CONVENIENT LOCATIONS: MANHATTAN, BRONX, &   TWO IN QUEENS
REGISTER NOW!!

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## EMPLOYMENT BENEFITS ARE:

1199 UNION BENEFITS
PAID VACATION
IMMEDIATE JOB PLACEMENT
FREE LIFE INSURANCE
8 PAID HOLIDAYS (time & ½ pay)
EMPLOYEE SERVICES PROGRAM

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# INTERVIEWS HELD AT

**Manhattan**
132 West 31st St, 7th Floor
(Btw 6th and 7th Ave)
Mon-Thurs 8:30 am
Recruitment :
212-273-5699

**Queens – Elmhurst**
91-31 Queens Blvd, Suite 318
(R or M to Woodhaven Blvd.)
Mon-Fri 8:30 am
Recruitment:
212-273-5699

**Bronx**
2488 Grand Concourse, Suite 304
(Btw Fordham Road & 188th St.)
(D or 4 to Fordham Rd)
Mon-Thurs 8:30 am
Recruitment:
212-273-5699

**Long Island City**
42-15 Crescent St, Suite 706 A
(7, N, Q to QueensBoro Plaza)
(E, R, M to QueensPlaza)
Mon-Fri 8:30 am
Recruitment:
212-273-5699

## SEE BACK FOR APPLICATION REQUIREMENTS

Revised/MD/08/19/10

# Progressive
### Home Health Services, Inc.

Dear Home Health Aide, Personal Care Aide Home Attendant or Homemaker
In order to expedite your application, please bring the following documents:

☑ ## City, State or Federal Picture Identification
Examples:    Driver's License
Social Services ID
Current Employment Authorization
New York State Identification Card
Permanent Resident Card
Foreign Passport w/Employment Authorization
USA Passport

☑ ## Social Security Card

☑ ## Proof of Address/Residence that validates address provided on application
Examples:    Utility Bills, Electric, Gas, Phone, Water, Etc.
Current Driver's License or New York State Identification Card
Unexpired Lease
Notarized letter from Lease Agent/Landlord/Broker Agent

☑ ## Employment letter(s) of reference
## Statement of Employment
The letter(s) should cover the past (5) five years
Letter(s) should be on letterhead indicating length of employment; position held and must be signed and dated by an authorized representative of the employer.

☑ ## Personal References
Two personal characters references from a friend indicating the length of time they have know you (more than a year)

☐ ## Physical Examination Letter
A recent physical examination from your employer is required. At the time of the interview we provide you with the information required for your doctor or we assist you in obtaining a completed physical.

☐ ## Certificate
If certified the original certificate(s) is required for Home Health Aides, Personal Care Aides and Homemakers.

**\*\*Once you meet our program criteria, we will assist you if needed in obtaining your employment references.\*\***

Revised/MD/08/19/10

Locator

More than one match was found.
Please select an address from the list below.

**Enter your location:**

new york    [Go]

New York, NY
New York, Lincs, United Kingdom
New York, MO



*Applied 1/20/12*



## Stores Accepting Applications

| Store | Address | Phone | Distance | |
|---|---|---|---|---|
| 7-ELEVEN (#39102) | 140 CHURCH ST , NEW YORK , NY 10007 | (212) 608-1100 | 0.08 mi. | Show Me |
| 7-ELEVEN (#35308) | 351 BOWERY , NEW YORK , NY 10003 | (212) 260-0529 | 1.17 mi. | Show Me |
| 7-ELEVEN (#39253) | 103 W 14TH ST , NEW YORK , NY 10011 | (212) 229-0711 | 1.67 mi. | Show Me |
| 7-ELEVEN (#34707) | 247 3RD AVE , NEW YORK , NY 10010 | (212) 260-6817 | 1.96 mi. | Show Me |
| 7-ELEVEN (#33570) | 107 E 23RD ST , NEW YORK , NY 10010 | (212) 260-7284 | 2.08 mi. | Show Me |
| 7-ELEVEN (#39330) | 193 14TH ST , JERSEY CITY , NJ 07310 | | 2.15 mi. | Show Me |
| 7-ELEVEN (#34764) | 333 E 23RD ST , NEW YORK , NY 10010 | (212) 683-1073 | 2.15 mi. | Show Me |
| 7-ELEVEN (#34495) | 395 FLATBUSH AVE EXT , BROOKLYN , NY 11201 | (718) 852-2732 | 2.17 mi. | Show Me |
| 7-ELEVEN (#39277) | 422 WASHINGTON ST , HOBOKEN , NJ 07030 | (201) 222-2533 | 2.24 mi. | Show Me |
| 7-ELEVEN (#39392) | 395 3RD AVE , NEW YORK , NY 10016 | (212) 725-0711 | 2.36 mi. | Show Me |
| 7-ELEVEN (#35057) | 171 MADISON AVE , NEW YORK , NY 10016 | (212) 532-1715 | 2.58 mi. | Show Me |
| 7-ELEVEN (#39308) | 535 8TH AVE , NEW YORK , NY 10018 | (212) 244-0100 | 2.82 mi. | Show Me |
| 7-ELEVEN (#34230) | 883-885 MANHATTAN AVENUE , BROOKLYN , NY 11222 | (718) 389-7389 | 2.96 mi. | Show Me |
| 7-ELEVEN (#33633) | 345 W 42ND ST , NEW YORK , NY 10036 | (212) 247-7144 | 3.11 mi. | Show Me |
| 7-ELEVEN (#34338) | 33 JOURNAL SQUARE , JERSEY CITY , NJ 07306 | (201) 420-7907 | 3.19 mi. | Show Me |

Case 1:16-cv-01221-MKB-RLM   Document 1   Filed 03/09/16   Page 40 of 76 PageID #: 40

# BJ's Rewards® Membership Privileges and Conditions

**Effective Date: February 1, 2010**

We are pleased that you have selected a BJ's Rewards Membership, and we look forward to serving you. The Privileges and Conditions of Rewards Membership are described below. If you have any questions, please visit BJ's online at *www.bjs.com*, email BJ's at membercare@bjs.accentonline.com or call 877-257-7772, Monday – Friday, 9:00 A.M. – 7:00 P.M. E.T. and Saturday – Sunday, 9:00 A.M. – 6:00 P.M. E.T.

BJ's Rewards Membership includes the Primary Member and the Household Cardholder. For Business Members, BJ's Rewards Membership includes the Business Primary Member and the first Supplemental Cardholder. Additional Supplemental Memberships associated with the Primary are not impacted by or included in the BJ's Rewards program.

Existing BJ's Members may upgrade their existing Membership to a BJ's Rewards Membership at any time for an adjusted fee, based on the number of months remaining on the existing BJ's Membership. Rewards begin to accrue on the date of the upgrade.

BJ's Rewards Members receive a Reward, equal to 2% of eligible BJ's purchases made at any BJ's Club location and online at BJ's web site, *www.bjs.com*, redeemable ONLY toward the future purchases of qualifying merchandise at BJ's Club locations. Calculation of the Reward will not exceed $500 for a 12-month period. For BJ's Inner Circle® Rewards Members, the Rewards calculation is based on the purchases made by the Primary Member and the Household Cardholder. For BJ's Rewards Business Members, the Rewards calculation is based on the purchases made by the Primary Member and the first Supplemental Cardholder. Rewards will be calculated and issued to the Primary Member in two (2) installments each year.

Supplemental Members may participate in the Rewards program by purchasing a separate BJ's Rewards Membership and becoming a Primary Member.

Rewards are calculated beginning with the first qualifying purchase following the Rewards upgrade.

Rewards are mailed to the current mailing address of the Primary Member as listed in BJ's files. Members may verify or update current address information online, at the Member Services Desk at any BJ's Club or by calling BJ's toll-free number at 877-257-7772.

Rewards will not be replaced if lost or stolen.

Rewards are 2% of the net, pre-tax amount of purchases of qualifying merchandise made through the front-end registers at BJ's Club locations and online at BJ's web site, *www.bjs.com* (excluding shipping, handling, delivery and installation charges, as applicable), by active BJ's Rewards Members at the time eligible purchases are accrued. The purchasing transaction must be initiated with the Member's BJ's Rewards Membership Card or BJ's Rewards Membership Number. Rewards will NOT be calculated on purchases:

- of cigarettes or other tobacco-related products
- of alcoholic beverages
- that are NOT recorded through BJ's front-end registers for in-Club purchases, such as BJ's Specialty Services (including, but not limited to, auto buying program, cellular phone services, optical, purchases at BJ's Gas® stations and food courts and travel)
- of Membership fees, Gift Cards and Gifts of Membership
- or miscellaneous fees, bottle deposits, lottery sales and taxes, including sales tax
- that are prohibited by legal or regulatory restrictions

- made by anyone other than the BJ's Rewards Membership Primary and Household Cardholder, or the BJ's Rewards Business Membership Primary and first Supplemental Cardholder
- made using an expired BJ's Rewards Membership Card, where the Rewards Membership fee has not been received for the current period

Rewards will be issued to the Primary Member of the account and Rewards shall expire six (6) months after issuance. Rewards are redeemable toward the purchase of BJ's merchandise ONLY through the front-end registers at BJ's Club locations and can also be used toward Membership renewal fees in-Club only; Rewards have no independent cash value. Rewards may NOT be used toward purchases:

- of cigarettes or other tobacco-related products
- of alcoholic beverages
- that are NOT recorded through BJ's front-end registers for in-Club purchases, such as BJ's Specialty Services (including but not limited to, auto buying program, cellular phone services, optical, purchases at BJ's Gas® stations and food courts and travel)
- of Gift Cards and Gifts of Membership
- or miscellaneous fees, bottle deposits, lottery sales and taxes, including sales tax
- that are prohibited by legal or regulatory restrictions
- made by anyone other than the BJ's Rewards Membership Primary and Household Cardholder, or the BJ's Rewards Business Membership Primary and first Supplemental Cardholder
- made using an expired BJ's Rewards Membership Card, where the Rewards Membership fee has not been received for the current period
- made online at BJ's web site, *www.bjs.com*
- made via mail

In addition to 2% Rewards, the BJ's Rewards Membership provides for limited-time offers as periodically announced by BJ's. Please watch your mail and visit your nearest BJ's for information on current and future promotions.

Per BJ's Membership Money-Back Guarantee, if at any time after joining BJ's as a Rewards Member you are dissatisfied, you may cancel your Membership and request a refund of Membership fees paid for the current Membership period. However, you will not be paid for any unissued accrued BJ's Rewards.

**Renewal Policy:** Memberships renewed within 2 months after expiration of the current Membership year will be extended for 12 months from the expiration date. Memberships renewed more than 2 months after such expiration will be extended for 12 months from the renewal date.

BJ's Rewards Members who choose to downgrade their BJ's Rewards Membership at the time of renewal will receive Rewards accrued during the active Rewards Membership period.

The BJ's Rewards Membership is subject to the following restrictions: BJ's reserves the right, in its discretion, to change or discontinue the BJ's Rewards Membership or these BJ's Rewards Membership Privileges and Conditions at any time, with or without notice, or to disqualify or cancel a Member's participation for any or no reason. If outstanding checks are returned due to insufficient funds, the Member is not eligible to renew or upgrade to a BJ's Rewards Membership.

These Privileges and Conditions are in addition to the Privileges and Conditions of the applicable Inner Circle or Business Membership.

Style #993381
Revised on 1/11
111264

BJ's Wholesale Club, Inc., 25 Research Dr., Westborough, MA 01581

©2011 BJ's Wholesale Club, Inc.

For Employment Opportunities: *(Apply on 6/16/20?, Done)*

# Continuum Health Partner's
# Human Resource
# 555 West 57th Street
# New York, NY
# Telephone    212-523-5776
# Fax-           212-523-5790
# http://wehealny-employment.com

*Beth Israel Medical Center*

*Apply on 10/20/11*

# County Agency of NY

**Yes We Care!**
**Your Staffing Experts since 1985**

## Human Resource Department for Nursing Homes

*Pos. Porters*

| FACILITY | CITY | BEDS |
|---|---|---|
| APEX | HUNTINGTON STATION | |
| AVALON GARDENS | SMITHTOWN | 353 |
| BAY PARK | BRONX | 456 |
| BAYVIEW | ISLAND PARK | 185 |
| BROOKHAVEN | FAR ROCKAWAY | 298 |
| EASTCHESTER | BRONX | 200 |
| GARDEN CARE | FRANKLYN SQUARE | 150 |
| GOLDEN GATES | STATEN ISLAND | 238 |
| GRACE PLAZA | GREAT NECK | 214 |
| HAMPTONS | SO. HAMPTON | 280 |
| LITTLENECK | FLUSHING | 120 |
| NASSAU EXTENDED CARE | HEMPSTEAD | 280 |
| NEW SURFSIDE | FAR ROCKAWAY | 183 |
| OCEANVIEW | FAR ROCKAWAY | 120 |
| PARK AVENUE | LONG BEACH | 240 |
| SPRING CREEK | BROOKLYN | 182 |
| TARRY TOWN | TARRYTOWN | 120 |
| THROGSNECK | BRONX | 205 |
| TOWNHOUSE | UNIONDALE | 280 |
| WEST LAWRENCE | FAR ROCKAWAY | 215 |
| WHITE PLAINS | WHITE PLAINS | 68 |
| WOODMERE | WOODMERE | 336 |



**County Agency of NY**

Yes We Care!
Your Staffing Experts since 1985

**Human Resource Department for Nursing Homes**

# CURRENTLY HIRING

## C.N.A.'S

## L.P.N.'S

## DIETARY AIDES

## PORTERS

## MAINTENANCE WORKER

1000 Central Avenue * Woodmere, NY 11598
Tel: 516 537-1155 * 516 537-1177 * Fax: 516 569-0145
E-mail: swcounty@yahoo.com

# County Agency of NY

Yes We Care!
Your Staffing Experts since 1985

## Human Resource Department for Nursing Homes

County Agency of N.Y. is a nursing and staffing recruitment agency for nursing home facilities.

We hire part-time, per-diem and temporary workers

We are currently seeking employees to work in nursing home facilities throughout the five boroughs. THERE IS NO FEE AND NO PAYROLL DEDUCTION for our services.

Attached is a list of different nursing home facilities that we are contracted with.

You will also find a list of documents that are required to work in the nursing homes.

For more information please feel free to contact Sherry at: 516 537-1155.

Thank you.

Sherry Winston
Human Resource
Executive Staff Recruiter

1000 Central Avenue * Woodmere, NY 11598
Tel: 516 537-1155 * 516 537-1177 * Fax: 516 569-0145
E-mail: swcounty@yahoo.com

**County Agency of NY**

Yes We Care!
Your Staffing Experts since 1985

## Human Resource Department for Nursing Homes

List of documents required by the nursing homes.

# 1. CURRENT PHYSICAL
# 2. CURRENT PPD
# 3. PROOF OF TITERS (MMR AND VARICELLA)
# 4. TWO WRITTEN REFERENCE LETTERS
# 5. PHOTO I.D.
# 6. SOCIAL SECURITY CARD
# 7. PROOF OF CITIZENSHIP
# 8. ORIGINAL PROFESSIONAL LICENSE
# 9. RESUME

1000 Central Avenue * Woodmere, NY 11598
Tel: 516 537-1155 * 516 537-1177 * Fax: 516 569-0145
E-mail: swcounty@yahoo.com

# NOW HIRING

*√9/29/11*

# WAIVER SERVICE PROVIDERS (WSPs)

ESS is currently seeking applicants for a Per Diem Waiver Service Provider (All levels) for their Bridges to Health Program.

The Waiver Service Provider interacts with clients and families in a variety of settings including biological, preadoptive and foster homes, schools, and neighborhood, community and group care settings.

*√9/29/11
sent e mail*



**B2H** BRIDGES TO HEALTH

# Elmy's Special Services, Inc.

## Qualifications

### Level One:

High School Diploma; Associate's degree in Education, Psychology, Sociology, Social Work, Human Services or other related field. Two years of experience working with children and families, preferably children with special needs.

### Level Two:

Associates degree in Education, Psychology, Sociology, Social Work Human Services or other related field; Bachelor's degree preferred. Bachelor's degree strongly preferred for crisis respite. Two years of related experience. Three or more years preferred

### Level Three:

Bachelor's degree in Education, Psychology, Sociology, Social Work, Human Services or other related field. Master's degree preferred for Intensive In-Home Supports. Master's degree strongly preferred for Immediate Crisis Response services. Two years of related experience. Three or more years preferred.

**Must be willing to work in participants' homes**

Submit resumes to: Quinnelle.Gomez@elmysspecialservices.org

# �ØÅ Network

*applied on jobs on 10/5/11 online*

Recognized by NYS SHRM as the #1 Best Company to work for in New York, YAI Network is a leading health and human service agency serving individuals with intellectual and developmental disabilities and their families throughout New York City, Long Island, Westchester, Rockland, and Bergen counties. We encourage your application for the following career oriented opportunities:

## RESIDENTIAL COUNSELORS

Work with adults in a residential group home teaching daily living skills, providing individual and group counseling, and promoting community integration.
*Full-time: Morning, Evening, or Overnight shifts. Part-time: Weekend or Overnight shifts.*

## IN-HOME FAMILY SPECIALISTS

Work with children, adolescents and/or adults in their own homes; provide training in daily living skills, behavior management, and community integration.
*Full-time and part-time hours available, schedules and locations vary.*

## TEACHERS/TEACHER ASSISTANTS

Work with adults in a school-like setting developing and implementing curricula and behavioral treatment plans.
*Full-time hours: Monday through Friday, 8:00 A.M.–4:00 P.M.*

## COMMUNITY TRAINING SPECIALISTS

Work with adults in community based settings providing community access, personal awareness, and pre-employment training.
*Full-time hours: Monday through Friday, 8:00 A.M.–4:00 P.M.*

## JOB COACHES

Work with adults in corporate and other business settings teaching vocational skills.
*Full-time hours: Monday through Friday, 8:00 A.M.–4:00 P.M.*
*Flexibility needed to work evening and weekend hours.*

YAI Network offers full time employees a comprehensive health and welfare benefit package, tuition assistance, and four weeks paid vacation per year. Additionally, YAI Network provides a supportive, growth-oriented work environment and extensive clinical and practical training. Competitive salaries based on education and experience. Internships, summer/holiday, and per diem positions are also available.

| *For Manhattan, Brooklyn, Bronx, or Queens positions:* | *For Westchester, Rockland, or Bergen positions:* | *For Long Island positions:* |
|---|---|---|
| **460 West 34th Street** | **33 West Main Street** | **555 Washington Avenue** |
| **New York, NY 10001** | **Elmsford, NY 10523** | **Brentwood, NY 11717** |
| **Phone: (212) 273-6100** | **Phone: (914) 592-1452** | **Phone: (631) 967-7102** |
| **Fax: (212) 563-4836** | **Fax: (914) 592-1409** | **Fax: (631) 952-0598** |

**Please submit your resume and cover letter online at www.yai.org/careers**
EOE

# �персон YAI Network

# EXPERIENCED PROFESSIONALS

Recognized by NYS SHRM as the #1 Best Company to work for in New York,
YAI Network is an award winning health and human service agency serving people of all ages
with intellectual and developmental disabilities in New York City, Long Island, Westchester,
Rockland, and Bergen Counties.
We encourage you to apply for the following professional opportunities:

## RESIDENTIAL SUPERVISOR / ASSISTANT SUPERVISOR:

Supervise staff, coordinate & oversee clinical programming/curriculum development, manage budget,
physical plant, & monitor compliance with regulatory agencies. MA preferred or BA in related field.
(social work, psychology, special education, vocational rehabilitation) plus related work experience.

## APPLIED BEHAVIORAL SCIENCE SPECIALIST
## ASSISTANT APPLIED BEHAVIORAL SCIENCE SPECIALIST:

Develop/implement behavioral programming, provide staff training. Practice on an interdisciplinary team.
MA/BA in Psychology.

## SOCIAL WORKER:

Provide clinical support to consumers & their families. MSW & BSW positions. Some positions require
more experience & bilingual Spanish skills.

## MEDICAID SERVICE COORDINATOR:

Provide assessments, coordinate & monitor supportive services for consumers & their families.
BA/MA in Psychology plus related experience.

## OCCUPATIONAL THERAPIST:

Varied treatment approaches to include: NDT, SI, & motor learning. NYS license & certification required.

## PHYSICAL THERAPIST:

Varied treatment approaches. Exposure to adaptive equipment. NYS license & certification required.

## SPEECH/LANGUAGE PATHOLOGIST:

NYS license, TSHH, bilingual extension or in process. CFYs encouraged to apply.

## SPECIAL EDUCATOR:

NYS certification required. Preschool experience preferred.

Opportunities are available within our Residential, Day, Employment, Community and Family Services, Clinics,
Home Health Care Agency, and Center and Home Based Programs. We provide comprehensive healthcare bene-
fits for full time staff, supportive training and supervision, and promotional opportunities.

**YAI Network**
**Attn: Human Resources Department**
460 West 34th Street, New York, NY 10001
fax: (212) 563-4836
Please submit your resume and cover letter online at www.yai.org/careers
EOE



**YAI Network**
Serving People with Disabilities and their Families

# WE ARE THE STEPPING STONE TO YOUR CAREER IN HEALTH & HUMAN SERVICES!

## UNDERGRAD & GRAD STUDENTS FOR CREDIT OR LIFE EXPERIENCE ALL MAJORS CONSIDERED – LOCATIONS THROUGHOUT NYC AND METRO AREA

### FOCUSED INTERNSHIPS & SUPPORTIVE SUPERVISION

- Get "hands-on" practical experience teaching skills to people with developmental disabilities
- Learn how to do assessments, counseling, individual / group work, behavior modification, recreational / community activities to promote independence and how you can make a difference!

OR

- Train in a related department e.g. research, professional information, human resources, special events, fundraising, accounting, administrative support...

Website: www.yai.org/careers
YAI Network, Internships, HR Dept
460 West 34th Street, 11th Floor, New York, NY 10001
Phone: 212-273-6100 Fax: 212-563-4836

Pauline 10/5/11

# college students! are you looking for part-time work?



# YAI Network has immediate openings for per

diem substitute counselors in our New York metropolitan area residential programs. This is a great opportunity to work with an award winning social services agency in an open, participatory environment, and on a flexible schedule.

# YOU will receive state-of-the-art training, supportive supervision, and a tangible

professional experience that can lead to full time employment in the future.

## per diem/substitute counselor positions
### in our NY metropolitan area residential programs

**LOOKS GREAT ON YOUR RESUME!**

**WE OFFER TRAINING!**

### RESPONSIBILITIES:

✦ Teaching daily and independent living skills
✦ Providing individual and group counseling
✦ Promoting community integration

### REQUIREMENTS:

✦ High school/GED required, college credits a plus
✦ Related experience with ID/DD population a plus
✦ Must be willing to be on call for weekend and evening hours (flexible).

*The YAI Network is an award-winning organization providing services to individuals with intellectual and developmental disabilities and their families.*

For consideration, please fax your resume to 212-563-4836, or mail it to:
**YAI Network Human Resources Dept., 460 West 34th St., NY, NY 10001.**

To learn more about YAI Network, or to apply online, visit us at www.yai.org/careers.



**YAI Network**
Serving People with Disabilities and their Families

Case 1:16-cv-01221-MKB-RLM   Document 1   Filed 03/09/16   Page 51 of 76 PageID #: 51

Mercy Home
273 Willoughby Avenue
Brooklyn, NY 11205
Attention: Human Resources
Fax: 718-832-7618
EMAIL:
recruiter@mercyhomeny.org
resumes@mercyhomeny.org

## Internships

Non- paid internships are available to college students interested in Human Services. Typical internships are available in Management, Direct Support or Psychology.



To find out more about the **Internship Program** contact Miguel Torres-Castro at **mtcastro@mercyhomeny.org** or phone hime at **718-832-1075** ext. 134.

## Service Projects

High School Students looking to fulfill service project programs can also volunteer their time with our supportive programs. Volunteer opportunities are available on **Tuesday evenings from 6:30-8:30pm, Friday evenings from 7-9pm or on Saturday's from 9am - 3pm**. To find out more about this great opportunity or ways to volunteer your time, contact **Miguel Torres Castro** at **mtcastro@mercyhomeny.org** or at **718-832-1075** ext. 134.

---

Who We Are | Our Programs | Our History | Special Events | Links
Volunteer | Employment | Contact Us | What's New | Make a Donation | Home | Site Map

Mercy Home
273 Willoughby Avenue
Brooklyn, NY 11205

Tel: 718-832-1075
Fax: 718-832-7612

Email: info@mercyhomeny.org



## *Life Skills...*



## *Life Long*

## Mercy Home...Celebra

### The Mission of Mercy Home

It is the mission of Mercy Home to assure the quality of life for persons with developmental disabilities through the recognition of each person's inherent dignity and absolute right to a life filled with learning and love.

This mission is fulfilled by professional, competent staff practicing the agency's core values of *Respect, Teamwork, Trust, Care and Compassion.*

### The History of Mercy Home

In 1862, the Sisters of Mercy sheltered 5 young boys orphaned by fire and a tradition was born. Over the years, Mercy Home has been an orphanage, an industrial school, an emergency placement center for battered and neglected children and, now, a host of dynamic programs whose focus is on children and adults living with autism and developmental challenges.

Throughout the years, the sole criterion for its programs has been a response to the needs of children and families in NYC. The present focus on persons with special needs began in 1976 when Mercy Home was asked by NYS to open group homes to help children and adults living with developmental challenges live in dignity and with purpose. In 1981, we amended our charter to provide lifetime care for our residents and we have multiplied our services by opening new homes in Brooklyn, Queens and Nassau, initiating respite programs, Medicaid Service Coordination, Day Habilitation and Creative Arts Programs geared toward those who are differently-abled. As the agency grows to serve more families and individuals, what pervades each program is our belief that "each person has an absolute right to a life filled with learning and love"

### Residential Programs

Mercy Home operates a network of small, family-like homes throughout Brooklyn, Queens and Nassau County. Each home has competent, well-trained staff who coach each individual as he/she works toward self-actualization.



# SUNNYSIDE COMMUNITY SERVICES

www.scsny.org

(718) 784-6160

**SUNNYSIDE COMMUNITY SERVICES     43-31 39TH STREET     SUNNYSIDE, NY 11104**

## JOB OPPORTUNITIES

**Want an exciting career?**  Then come join Sunnyside Home Care! We offer a free training program to become a Home Health Aide, with immediate job placement upon completion.

**We are in need of:**

- **Home Health Aides- all hours, including live-in and languages**
- **Personal Care Aides-  languages and all hours available**
- **Home Attendants: languages, live-in and weekends**
- **Compliance Associate**
- **Case Managers**
  **Coordinator of Geriatric Mental Health**
  **P/T PHOTOGRAPHY INSTRUCTOR**

We appreciate the work that you do. We treat our employees with respect and dignity. We promote a safe and caring work environment. We also offer a flexible schedule.  *There is never a fee for any assignment*
**In addition, Sunnyside offers for Home Care Workers:**

| | |
|---|---|
| * Competitive wages | * Pension Plan |
| * Weekend differentials | * Education programs |
| * Group health insurance | * Membership Assistance programs |
| * Vacation days | * Flexible hours |
| * Sick days | * Uniform Reimbursement for our Trainees |
| * Holiday pay | * Paid physical / drug screen yearly |
| * Paid In-service educational training | |

*gave her my resume on 10/26/16 for any job openings*

For more information, please contact **Carmen Velez** at (718) 784-6160 ext. 338, **for Home Health Aides**.  Please contact **Feiyi Shen** at (718) 784-6160 ext. 321, **for Home Attendants & Personal Care Aides.**  *We are only two blocks from the #7 train, half a block from Queens Boulevard.*

**Sunnyside Home Care** offers a **free training program** for Certified Home Health Aides. Our three week comprehensive program will enable individuals interested in working with elderly and those who are homebound to have a better understanding of their needs, and help to make a productive difference in their lives.
**If you are interested in this exciting opportunity, please call Carmen Velez at (718) 784-6160 ext. 338. Sunnyside is an Equal Opportunity Employer.**

## Compliance Associate

Sunnyside Home Care Project, Inc., a division of Sunnyside Community Services seeks an experienced compliance associate to maintain a heavy volume of personnel records of home care workers. This is done by following guidelines set forth by DOH and HRA mandates. Requirements: data entry, filing, excellent communication and exceptional follow up skills.

Bilingual Spanish required; knowledge of HC Plus system and NYSDOH – HCS system also required.

Please submit a cover letter expressing your qualifications along with a resume to: Melissa Vitale, Human Resources Director Mvitale@scsny.org

Fax: 718-706-2475 Equal Opportunity Employer

*Emailed her on 10/31/11*



Lasio Inc is an independently owned and operated company providing high end hair products to salon professionals and consumers. Lasio Inc. has made more than $2 Million in global sales last year by way of distribution and retail.

Lasio Inc. headquarters is located in Long Island City NY, with its exclusive salon "Lasio Studios" located in New York City. Lasio strengthens the American economy by establishing its business operations and manufacturing in the USA. This provides work stability to prospective employers and opens opportunity for growth within the corporate ladder.

The company was founded by Nadine Ramos. Her youthful entrepreneurial talent understood a business void needing to be filled in the hair industry. She saw outstanding potential in a little known revolutionary process called keratin treatments. In a marketplace saturated with Japanese hair straightening and traditional relaxers, Ms. Ramos took a leap of faith and began manufacturing and distributing keratin-based products across the United States.

Lasio also has a global reach serving professional salons and retail customers worldwide working closely with distributors in Europe, Asia, South America, Australia and USA.

Many people have been motivated to join the Lasio work force. The company is expanding at a rapid rate and it currently has employment openings for Sales Leaders.

Please contact Lasio Headquarters to apply for this exciting opportunity!

Ken/Regional Manager
Professional Hairstylist
t:  718-361-0072 x114
e:  ken@lasioinc.com
Lasio Inc
26-16 Skillman Ave.
Long Island City, NY 11101

Diana Mendez
Sales Director
t:  718-361-0072 x103
e:  diana@lasioinc.com
Lasio Inc
26-16 Skillman Ave.
Long Island City, NY 11101





# TUTORS NEEDED!

## UP TO 40 HOURS PER WEEK!!

**The Champion Learning Center is looking for great tutors to instruct students on a 1-on-1 basis in the homes of our students.**

**This is a great opportunity to:**

- ✓ **Provide quality 1-on-1 instruction**
- ✓ **Earn extra income: $15 - $20/hour, plus BONUS**
- ✓ **Convenient and Flexible schedule**
- ✓ **Tutor jobs throughout NY's 5 boroughs**

## APPLY ONLINE AT:

# www.ChampionLearning.com/Apply

# COMPANY PROFILE





**Community Bank Divisions**









**With assets of $40.6 billion at June 30, 2011, New York Community Bancorp, Inc.** is the multi-bank holding company for New York Community Bank—a savings bank with 241 branches serving customers throughout Metro New York, New Jersey, Ohio, Florida, and Arizona—and New York Commercial Bank, with 34 branches in Manhattan, Queens, Brooklyn, Long Island, and Westchester County, all in New York.

***New York Community Bank...Now in our 153rd year of Service*** Founded in 1859 in Queens, a borough of New York City, New York Community Bank is one of the top 25 depositories in the United States. The breadth of our franchise is the result of earnings-accretive merger transactions with five local institutions and our FDIC-assisted acquisitions of AmTrust Bank and Desert Hills Bank, which provided us with branches in Ohio, Florida, and Arizona in December 2009 and March 2010.

**Reflecting the acquisition-driven expansion of our franchise, our 241 branches operate through seven local divisions, each with a history of strength and service in its community. In New York, we serve our customers through:**

- *Queens County Savings Bank*, with 34 locations spanning the borough;
- *Roslyn Savings Bank*, with 55 locations in Nassau and Suffolk counties, combined;
- *Richmond County Savings Bank*, with 22 locations on Staten Island; and
- *Roosevelt Savings Bank*, with eight branches in Brooklyn.

We also operate two branches each in the Bronx and Westchester County directly under the name New York Community Bank.

**In New Jersey, we serve our customers through Garden State Community Bank, with 51 branches in Essex, Hudson, Mercer, Middlesex, Monmouth, Ocean, and Union counties.**

**Our Ohio Savings Bank division meets the needs of our customers in northeastern Ohio with 28 branches; and**

**Our Amtrust Bank division serves our customers through 25 branches in south Florida and 14 branches in central Arizona.**

***New York Commercial Bank...Providing Personalized Service for Consumers and Businesses*** On December 30, 2005, we completed our first commercial bank acquisition, with the addition of Long Island Financial Corp., parent of Long Island Commercial Bank, to our banking family. The acquisition provided us with an established commercial banking platform, and was intended to serve as the foundation for the growth of our new commercial bank subsidiary, New York Commercial Bank.

It didn't take long before we expanded. Reflecting the acquisitions of Atlantic Bank of New York and Doral Bank's branch network in New York City, the Commercial Bank now has 34 branches, including ten each in Queens and Long Island, five in Manhattan, five in Brooklyn, and four in Westchester County.

***A Leading Multi-Family Mortgage Lender*** In addition to enjoying a meaningful share of the region's deposits, we produce a significant share of the region's multi-family mortgage loans. We are a leading producer of multi-family loans on apartment buildings in New York City that feature below-market rents. Multi-family loans represented the majority of our $28.8 billion loan portfolio at June 30, 2011.

***A Consistent Record of Efficiency and Asset Quality*** We also are distinguished by our efficiency and the quality of our assets, with measures that continue to rank among the industry's best.

We invite you to learn more about us and the actions we are taking to enhance the value of our Company, our franchise, and our investors' shares.

10/18/11

 **New York City's YMCA**
We're Here for Good.

OCTOBER 2011
PART TIME
GRADE: SI
SALARY: $8.00 P/H - $15.00 P/H

## TEEN ADVISORS

The Cross Island YMCA is seeking energetic qualified individuals who will be responsible for the development and implementation of various YMCA programs (Teen Center, Teens take the City and Youth and Government). The Teen Advisor will also be responsible for advertising and recruiting participants, ensuring proper documentation, teen reports and meeting program goals. Positions are available at the Branch and the Beacon Center at MS 210.

### Responsibilities
- Conduct a broad range of services, programs and opportunities, to meet the needs of program participants.
- Create an environment that is diverse, culturally sensitive and relevant to the needs of the adolescents involved.
- Implement and monitor all core and priority programs.
- Evaluate participants' strengths, challenges, accomplishments and offer guidance on improvement.
- Form collaborative efforts with parents, mentors and volunteers.
- Work to create appropriate linkages with community agencies, health education institutions and other volunteer opportunities.
- Maintain paperwork of all participants.
- Express and address concerns of YMCA teens in a group setting.
- Actively participate in staff trainings, meetings and any YMCA special events.

### Qualifications
- High school diploma; two years of college preferred.
- Minimum of two years of experience working with teens and youth.
- Well organized and able to handle shifting priorities.
- Excellent verbal and written communication skills.
- Current First Aid/AED/CPR certification.

We offer an exciting and innovative work environment with an organizational culture committed to serving all members of our community. If you would like to be a member of our dynamic team, please forward your cover letter and resume with subject line "Teen Advisor" to jobscrossisland@ymcanyc.org or to:

Cross Island YMCA
Attn: Teen Director
238-10 Hillside Avenue
Bellerose, NY 11426

**EQUAL OPPORTUNITY EMPLOYER ■ DRUG FREE WORKPLACE**

# ▼ New York City's YMCA
## ▮. We're Here for Good.

**OCTOBER 2011**
**PART TIME**
**GRADE: EE**
**SALARY: $8.99/HR - $11.23/HR**

## GROUP LEADER

The Cross Island YMCA is seeking qualified individuals who will assist in the successful operation of their After School and Holiday Camp programs. Positions are available at MS 210, PS 197 and PS 134.

**Responsibilities:**
- Implement the Y After-School curriculum, helping school age children to improve literacy competencies, values and physical fitness in an activity based after school environment.
- Ensure the health, safety and well being of children in the program by providing close supervision of all activities.
- Maintain accurate program documentation (incident reports, accident reports, behavior reports, attendance & sign-in / sign-out sheets).
- Provide support to any Specialist, in implementing activities.
- Assist children with homework and guide students in their academic growth.
- Understand and communicate the YMCA philosophy and the goals of the Y After-School Program to the students and parents.
- Create and maintain an atmosphere of acceptance, consistency and fairness in which participants may flourish and increase their self-esteem.
- Serve as role model for participants.
- Actively participate in all designated meetings and special events.
- Attend the required 40 hours of staff training during the school year, including Saturday trainings.
- Adhere to all Department of Health, Department of Youth & Community Development and YMCA of Greater New York standards.
- Prepare the learning environment and necessary materials/supplies.

**Qualifications:**
- Minimum of one of year of college coursework completed; Associate Degree in child development or related field preferred.
- Two years of experience working with youth and planning.
- Excellent organizational, verbal and written skills.
- Proficient in Microsoft Office.

We offer an exciting and innovative work environment with an organizational culture committed to serving all members of our community. If you would like to be a member of our dynamic team, please forward your cover letter and resume with subject line "Group Leader" to jobscrossisland@ymcanyc.org or to:

Cross Island YMCA
Attn.: After School Director
238-10 Hillside Avenue
Bellerose, NY 11426

**EQUAL OPPORTUNITY EMPLOYER ▪ DRUG FREE WORKPLACE**

**▼ New York City's YMCA**
We're Here for Good.

**PART TIME**
**GRADE: EE**
**SALARY: $8.99 P/H - $11.23 P/H**

---

## Y AFTER SCHOOL COUNSELOR

---

The Cross Island YMCA is seeking qualified individuals who will assist in the successful operation of the After School programs.  Positions are available at PS 33, PS 135, PS 146, PS 195 and the Branch.

**Responsibilities:**
- Ensure the health, safety and well being of children in the program by providing close supervision of all activities.
- Supervise, participate in, and administer recreational activities for children.
- Provide a safe and fun environment for participants in the After School program.
- Plan activities and events that are exciting, challenging and values based.
- Work cooperatively with professional staff, counselors and other departments.
- Create and keep daily lessons plans and attendance.
- Assist children with homework and guide students in their academic growth.
- Communicate with families, on a weekly basis, about their children's strengths and areas needing attention.
- Actively participate in all training sessions, designated meetings and special events.

**Qualifications:**
- High School diploma is a must; college credits in Education desired.
- Minimum of one year of experience working with children and planning activities in a group setting.
- Excellent verbal and written communication skills.
- Current CPR/First Aid/AED certifications.

We offer an exciting and innovative work environment with an organizational culture committed to serving all members of our community.  If you would like to be a member of our dynamic team, please forward your cover letter and resume with subject line "Y After School Counselor" to jobscrossisland@ymcanyc.org or to:

Cross Island YMCA
Attn.: After School Director
238-10 Hillside Avenue
Bellerose, NY 11426

**EQUAL OPPORTUNITY EMPLOYER ■ DRUG FREE WORKPLACE**

**Employment Services Center**

in collaboration with the

**Hispanic Chamber of Commerce of Queens Inc.**

present

# Fall 2011 JOB FAIR

**LaGuardia Community College**
**31-10 Thomson Avenue**
**E - Building Atrium**
**Long Island City, NY 11101**



Business Attire Required
Bring 20 Proofread Resumes!

**Wednesday, October 19th, 2011**
**10am - 2pm**

## Participating Companies

| | | |
|---|---|---|
| Advanced Care | E-Commerce | Primerica Financial Services |
| A\|X Armani Exchange | Hispanic Chamber of Commerce of Queens | Pyramid Consulting Group |
| ASIG | Hudson Group | QSAC |
| Bright Horizons | Juno Health Care | Rehab Alternatives |
| Champion Learning | LASIO | Sunglass Hut |
| Con Edison | Lifespire | Sunnyside Community Services |
| Cross Island YMCA | New York Community Bank Corp. | Victoria's Secret |
| Duty Free America | Pier 1 Imports | |

*And others!*

**Students w/Disabilities:** Please contact
Office for Students with Disabilities
Room M-102

**Deaf Adult Students:** Please contact
Program for Deaf Adults
Room C-203



**CONTINUING**
**EDUCATION**
*People, Changing*

LaGuardia
Community College





# NEW YORK State Senator JOSÉ PERALTA



**ELMCOR**

## Job Fair
## Elmcor Recreation Center
## Thursday September 22, 2011

### List of Participating Companies:

- *AARP 55 & older jobs — www.aarp.org
- AFLAC NY — kevin_gallagher@us.aflac.com
- AHRC New York City — www.ahrcnyc.org/employment/applyforajob.html
- *Amerigroup Real Solutions in Health Care — www.amerigroup-jobs.com
- Applebee's New York — www.applemetrorestaurants.com/EN/jobs
- Bally Total Fitness — www.ballyfitness.com
- Borough of Manhattan Community College — www.bmcc.cuny.edu/jobs
- *Catholic Charities Brooklyn & Queens — www.ccbq.org/work-opportunities/job-listings
- *CHP International/Job Corps — www.chpinternational.com/jobs.html
- CoCa-Cola — www.virtualvender.coca-cola.com/na_application.jsp
- COHME Inc. Home Health Aide Agency — www.cohme.org/home.html
- Con Edison — www.coned.com/
- *Council for Airport Opportunities — www.caony.com/frameset.htm
- *Delaware Valley Job Corp Center — www.delawarevalley.jobcorps.gov/vocations.aspx
- Dominos Pizza — www.dominos.com/index.jsp
- *Easter Seals — www.ny.easterseals.com
- Elmy's Special Services, Inc. — www.elmysspecialservices.org/info_page.php?id=6
- ERA - Top Service — melissa.gomez@era.com
- EXIT REALTY GENESIS — vetabrome@exitrealtygenesis.com
- *Ferrari Driving School — www.ferraridrivingschool.com/main.htm
- First Care of New York Inc. — www.1st-care.org/first_care_employmentopportunities.asp
- *Global Business Institute — www.gbi.org
- Goodtemps — www.goodtemps.org
- Health Care Plus — www.healthplus-ny.org
- *Henry Street Settlement — www.henrystreet.org/programs/job-training-placement
- *Housing Bridge Family Shelter
- IBEW Local 3/Apprenticeships — www.njatc.org/training/apprenticeship/index.asp
- IKEA — www.ikea.com
- J C Penny Stores — ww.jcpenney.net/Careers.aspx
- Juno Healthcare Staffing — ww.junohealthcare.com
- Kohl's — ww.kohlscareers.com
- Macy's — ww.macysjobs.com/opportunities
- Market America — c591a@gmail.com
- Mary Kay Corporation — kclements37@yahoo.com
- McDonalds — 719 Junction Boulevard/Application for multiple locations
- Mercy Home — ww.mercyhomeny.org/employment.html
- NEW Non traditional employment for women — www.new-nyc.org

III a) _Sunnyside Community Services_

43-31 39th st, Sunnyside, NY 11104
PH#' (718) 784-6173

IV b) _777_ - Car + Limousine Services
43-23 35th st, LIC, NY
PH#: (212) 777-7777

c) NYEE - (NYEE.edu)
310 E 14th st, NY, NY 10003
PH#: (212) 979-4000 / 4192



*Email + apples
sent 10/9/11
on*

# Time Warner Cable...The Power of You.

*Time Warner Cable is the second-largest cable operator in the U.S., with technologically advanced, well-clustered systems located mainly in five geographic areas — New York State (including New York City), the Carolinas, Ohio, southern California (including Los Angeles) and Texas. Time Warner Cable serves more than 14 million customers who subscribe to one or more of its video, high-speed data and voice services. Time Warner Cable Business Class offers a suite of phone, Internet, Ethernet and cable television services to businesses of all sizes. Time Warner Cable Media Sales, the advertising arm of Time Warner Cable, offers national, regional and local companies innovative advertising solutions that are targeted and affordable. More information about the services of Time Warner Cable is available at www.timewarnercable.com, www.twcbc.com and www.twcmediasales.com.*

*The following opportunity is currently available.*

| | |
|---|---|
| **Requisition #** | **129680BR** |
| **Posting Job Title:** | **Supervisor, Retail Field Sales** |
| **Time Warner Division:** | **Time Warner Cable** |
| **Location:** | **United States – College Point, NY** |

### POSTING JOB DESCRIPTION

**Essential Job Functions:**
- Provide sales and service support to retail partners and their customers, with a strong emphasis on building relationships with sales reps, store and district managers.
- Monitor and track sales from all retail channels, and formulate strategies to increase the sales across each category, including, Digital Cable, High Speed Internet, Digital Phone, Mobile Internet, and all Ancillary product offerings.
- Schedule, prepare, and conduct meetings and training seminars in both group and individual sessions with Retail Sales Associates, Managers, and District Managers.
- Supervise and coordinate our external third party marketing companies and assist with merchandising efforts, including display of point of purchase materials, and assisted selling/table events.
- Assist with the implementation and overall maintenance of our interactive kiosks placed throughout our franchise, including the coordination of live feeds within each store.
- Promote and train on our local and corporate retail promotions, offers, and order entry procedures to local and national retail partners.
- Communicate and distribute retail sales reports to retail partners on a weekly basis, by means of store meetings and trainings, e-mail, conventional mail, and/or facsimile.
- Oversee and assist with inventory management and reconciliations for all retail outlets, including the ordering of equipment, coordinating the deliveries / store pickups, and physical inventories of all stock and display equipment in the possession of our retail partners.
- Required to have the ability to communicate effectively, tactfully and courteously with all customers, employees and vendors.
- Must also be able to continuously learn and retain knowledge of new services being offered by the company.  Onsite sales support as needed, which may include nights, weekends and holidays.  Other duties and tasks may be assigned.

**Job Requirements/Qualifications:**
- Must have an Associate's, Bachelor's, Certifications, Licenses.
- Must have at least 3 years of Sales experience. At least 2 years a leadership capacity is preferred.
- Must demonstrate intermediate to advanced PC skills with a strong understanding of the MS Office suite, especially MS Excel.
- Must have excellent communication, analytical, problem solving and time management skills.
- Must have excellent communication analytical and problem solving skills.
- Regularly required to talk and listen; required to use hand to type, handle objects and paperwork; Required to use close vision and be able to focus.
- Travel to other sites may be necessary from time to time for trainings and meetings.

*We are proud to offer a robust benefits package including medical, dental, vision, pension, a matched 401(k) plan, tuition reimbursement, and discounted services for employees who reside in a Time Warner Cable service area.*

If you are interested in this great opportunity you must post your resume on our website, www.timewarnercable.com

Also, Email your resume to mail to:

Christina.drakeford@twcable.com OR Ashirea.burroughs@twcable.com

Time Warner Cable is committed to a drug-free environment
EEO/MF/D/V







## Time Warner Cable...The Power of You.

*Time Warner Cable is the second-largest cable operator in the U.S., with technologically advanced, well-clustered systems located mainly in five geographic areas — New York State (including New York City), the Carolinas, Ohio, southern California (including Los Angeles) and Texas. Time Warner Cable serves more than 14 million customers who subscribe to one or more of its video, high-speed data and voice services. Time Warner Cable Business Class offers a suite of phone, Internet, Ethernet and cable television services to businesses of all sizes. Time Warner Cable Media Sales, the advertising arm of Time Warner Cable, offers national, regional and local companies innovative advertising solutions that are targeted and affordable. More information about the services of Time Warner Cable is available at www.timewarnercable.com, www.twcbc.com and www.twcmediasales.com.*

*The following opportunity is currently available.*

**Requisition #**         **130009BR**
**Posting Job Title:**      **Sales Telescheduler**
**Time Warner Division:**   **Time Warner Cable**
**Location:**            **United States – College Point, NY**

## POSTING JOB DESCRIPTION

### Essential Job Functions:
- Will be expected to answer phones and transfer calls as necessary for the department.
- Enter and log database addition requests for the department.
- Update and issue departmental reports as designated by the director, input new sales, reschedule, or upgrade as assigned by a supervisor or the director.
- Other duties as assigned.

### Job Requirements/Qualifications:
- Must have a High school diploma or general education degree (GED); or zero to three months related experience and/or training; or equivalent combination of education and experience.
- Should have excellent oral and written communication skills.
- Able to present information to small groups, customers and other employees in the organization.
- Will have some customer contact.
- Should be able to work independently and as part of a team.

We are proud to offer a robust benefits package including medical, dental, vision, pension, a matched 401(k) plan, tuition reimbursement, and discounted services for employees who reside in a Time Warner Cable service area.

If you are interested in this great opportunity you must post your resume on our website,
www.timewarnercable.com
Also, Email your resume to mail to:
Christina.drakeford@twcable.com OR Ashirea.burroughs@twcable.com

Time Warner Cable is committed to a drug-free environment
EEO/MF/D/V

  

TIME WARNER
CABLE

# Health Plus

OVER
25 YEARS
OF CARING FOR
NEW YORKERS' MOST
PRECIOUS POSSESSION--
THEIR HEALTH.

1984-2010

## At a Glance

Established in 1984 by Lutheran Medical Center, Health Plus, one of the largest HMOs in the New York area, works to ensure that every child and adult in the five boroughs and Nassau County who qualifies has access to free or affordable healthcare. As a not-for-profit organization, we help to keep nearly 300,000 New Yorkers healthy, happy, and strong - proof that we are well on our way to seeing our mission fulfilled.

Health Plus offers four quality comprehensive plans: Child Health Plus, a New York State Department of Health program that offers parents free or affordable insurance for their children and teenagers under the age of 19; Family Health Plus, a state-funded program offering affordable health insurance to qualified adults, ages 19-64; Health Care Plus, Medicaid managed care; and Health Plus Elite (HMO), offering Medicare Advantage and Special Needs plans.

One of the most successful providers of government-sponsored health insurance in New York, boasting not only one of the largest membership, but also high marks for quality. Our members consistently rate the quality of the services they receive as high. Our Health Plus annual Members Satisfaction Survey reflects that over 91% of our members think the quality of medical care they received by a Health Plus Provider was excellent. In a recent New York State Department of Health Patient Satisfaction Survey, 94% of our members stated that they would recommend Health Plus to their family and friends.

With such high ratings and large membership, we also take pride in our vast network. The Health Plus Provider Network offers a choice of over 4,000 Primary Care Providers, over 14,000 specialists, over 300 neighborhood health centers, over 3,000 private offices, and 66 hospitals.

Additionally, we constantly partner with community and faith-based organizations, corporations, branches of the government, and local schools, in supporting efforts to improve the health of New Yorkers. This includes sponsoring, as well as creating programs and events that foster athletics, academics, arts, and the cultures of the communities we serve. These efforts come in many forms, from turkey giveaways, coat-drives, holiday celebrations, concerts, and cultural parades, to health education workshops, free health screenings, scholarships, and sports leagues.

www.healthplus-ny.org



✓ 10/13/11 applied
Carmen@2011
mermaid2011

# NYU Hospital for Joint Diseases

## NYU LANGONE MEDICAL CENTER

To apply for a position at
NY Hospital for Joint Diseases
please visit our web site at www.nyuhjd.org.



For additional information on applying and job opportunities
Please contact: Marcia Nevers-Smith at 212-460-0106

# Asegúrese de que su hijo(a) tenga cobertura de atención médica

¡Cambios recientes los requisitos de ingresos de Child Health Plus (CHPlus) implican que su hijo(a) puede calificar para seguro de salud gratuito o de bajo costo! Amerigroup Community Care es un plan de salud que le ofrece seguro de salud gratuito o de bajo costo a través de CHPlus, un programa de seguro de salud patrocinado por el estado de New York. Si su hijo(a) no puede recibir Medicaid o tiene poca o ninguna cobertura de seguro de salud, puede ser elegible para CHPlus. Su hijo(a) no tiene que ser ciudadano o residente legal para calificar para CHPlus y la participación en este programa no afectará ningún estado migratorio futuro.

## Reciba la atención adecuada que necesitan sus hijos

Usted puede recibir seguro de salud gratuito o de bajo costo para sus hijos menores de 19 años de edad a través de Amerigroup. Ofrecemos atención preventiva, fabulosos beneficios y programas especiales que pueden ayudar a que sus hijos se mantengan saludables.

Algunos niños que estuvieron cubiertos por seguro de salud de un empleador dentro de los últimos seis meses, pueden estar sujetos a un periodo de espera antes de que puedan ser inscritos en Child Health Plus. Esto dependerá de los ingresos de su hogar y del motivo por el que su(s) hijo(s) perdió(perdieron) cobertura del empleador.

La elegibilidad para este programa se basa en los lineamientos de ingresos para 2009 de NY Child Health Plus.

| Cuadro de niveles de primas de Child Health Plus (para inscripción efectiva el 1 de julio de 2009) | | | | | | |
|---|---|---|---|---|---|---|
| Ingresos mensuales por tamaño de familia | | | | | | |
| Categorías de primas | 1 | 2 | 3 | 4 | 5 | 6 | Cada persona adicional: |
| Seguro gratuito | $1,443 | $1,942 | $2,441 | $2,939 | $3,438 | $3,937 | $499 |
| $9 por niño, por mes (Máx. $27 por familia) | $2,004 | $2,696 | $3,388 | $4,080 | $4,772 | $5,464 | $692 |
| $15 por niño, por mes (Máx. $45 por familia) | $2,257 | $3,036 | $3,815 | $4,594 | $5,373 | $6,153 | $780 |
| $30 por niño, por mes (Máx. $90 por familia) | $2,708 | $3,643 | $4,578 | $5,513 | $6,448 | $7,383 | $935 |
| $45 por niño, por mes (Máx. $135 por familia) | $3,159 | $4,250 | $5,341 | $6,432 | $7,523 | $8,613 | $1,091 |
| $60 por niño, por mes (Max. $180 por familia) | $3,610 | $4,857 | $6,104 | $7,350 | $8,597 | $9,844 | $1,247 |
| Prima completa* Por niño, por mes | Más de $3,610 | Más de $4,857 | Más de $6,104 | Más de $7,350 | Más de $8,597 | Más de $9,844 | |

*La prima completa varía, dependiendo del plan de salud elegido por la familia.

## Información importante sobre Federally Qualified Health Centers

Los servicios de atención primaria, muy similares a los servicios recibidos en una clínica o consultorio de PCP participante, pueden ser provistos en un Federally Qualified Health Center (FQHC). Un miembro puede ver a su PCP en un FQHC, si el PCP tiene horas de consulta en ese establecimiento. Amerigroup ofrece servicios de FQHC en el Bronx, Brooklyn, Queens y Manhattan. Pronto ofreceremos estos servicios en Staten Island. Si su plan de seguro de salud no ofrece servicios de FQHC, usted tiene derecho a cambiarse a un plan que si lo haga. Para más información sobre Amerigroup, llame a la línea gratuita al número 1-888-707-5570 (TTY 1-800-855-2884). O visítenos en línea en www.myamerigroup.com.

**Child Health Plus**
New York State's Health Plan for Kids

Amerigroup es una compañía con diversidad cultural. Todas las personas elegibles son bienvenidas a nuestros programas de atención médica, independientemente de su estado de salud. Si tiene preguntas o inquietudes, llame al 1-800-600-4441 (TTY 1-800-855-2884) y pida hablar con la extensión 34925. O visítenos en www.myamerigroup.com.



**Amerigroup Healthsolutions** in healthcare

# Make sure your child has health care coverage

Recent changes to the Child Health Plus (CHPlus) income requirements mean that your child may qualify for no-cost or low-cost health insurance! Amerigroup Community Care is a health plan that offers you no-cost or low-cost health insurance through CHPlus, a New York state sponsored health insurance program. If your child can't get Medicaid or has little or no other health insurance coverage, he or she may be eligible for CHPlus. Your child may not have to be a citizen or legal resident to qualify for CHPlus, and participation in this program won't affect any future immigration status.

## Get the right care your children need

You can get no-cost or low-cost health insurance for your child under 19 years old through Amerigroup. We offer preventive care, great benefits and special programs that can help keep your child healthy.

Some children who were covered by employer-based health insurance within the past six months may be subject to a waiting period before they can be enrolled in Child Health Plus. This will depend on your household income and the reason your child(ren) lost employer-based coverage.

Eligibility for this program is based on the new NY Child Health Plus 2009 income guidelines:

**Child Health Plus premium levels chart**
**(For enrollment effective July 1, 2009)**

| | Monthly income by family size | | | | | | |
|---|---|---|---|---|---|---|---|
| Premium categories | 1 | 2 | 3 | 4 | 5 | 6 | Each add'l person: |
| Free insurance | $1,443 | $1,942 | $2,441 | $2,939 | $3,438 | $3,937 | $499 |
| $9 per child, per month (Max. $27 per family) | $2,004 | $2,696 | $3,388 | $4,080 | $4,772 | $5,464 | $692 |
| $15 per child, per month (Max. $45 per family) | $2,257 | $3,036 | $3,815 | $4,594 | $5,373 | $6,153 | $780 |
| $30 per child, per month (Max. $90 per family) | $2,708 | $3,643 | $4,578 | $5,513 | $6,448 | $7,383 | $935 |
| $45 per child, per month (Max. $135 per family) | $3,159 | $4,250 | $5,341 | $6,432 | $7,523 | $8,613 | $1,091 |
| $60 per child, per month (Max. $180 per family) | $3,610 | $4,857 | $6,104 | $7,350 | $8,597 | $9,844 | $1,247 |
| Full premium* Per child, per month | Over $3,610 | Over $4,857 | Over $6,104 | Over $7,350 | Over $8,597 | Over $9,844 | |

*The full premium varies, depending on the health plan chosen by the family.

## Important information about Federally Qualified Health Centers

Primary care services, very similar to the services received at a participating clinic or PCP office can be provided at a Federally Qualified Health Center (FQHC). A member could see his or her PCP at an FQHC if the PCP has office hours at that location. Amerigroup offers FQHC services in the Bronx, Brooklyn, Queens and Manhattan. We will soon offer FQHC services in Staten Island. If your health insurance plan does not offer FQHC services, you have the right to switch to a health insurance plan that does. For more information about Amerigroup, call toll free 1-888-707-5570 (TTY 800-855-2880). Or visit us online at www.myamerigroup.com.



**Child Health Plus**
New York State's Health Plan for Kids

Amerigroup is a culturally diverse company. We welcome all eligible individuals into our health care programs, regardless of health status. If you have questions or concerns, please call 1-800-600-4441 (TTY 1-800-855-2880) and ask for extension 34925. Or visit www.myamerigroup.com.

## Amerigroup RealSolutions®
in healthcare



## NYU HOSPITAL FOR JOINT DISEASES ONLINE APPLICATION PROCESS

**Steps to getting on the NYUHJD Career Page:**

◇ Log on to www.nyuhjd.org

◇ Place the mouse on the **About US** field.

◇ Click on **Career Opportunities** – the careers page should appear.

◇ Click on **Begin your Job Search.** This is found in the center of the page.

**If you are registering for the first time you will need to create a log in.**

◇ At the top of the page you will see **Click Here to Login/Register**. Please create a Username and password. All applicants must remember their own user name and Password should they need to log into the system in the future.

◇ Once registered a search can be done to look for open positions. If you do not see the position you are looking for you can click on "**Apply now without adding a job**" which is located at the bottom of the screen.

◇ The next screen asks you to choose a resume. Please upload your resume here. Should you have any trouble with the upload, choose the option of applying without using a resume.

◇ Please complete each section on the pages. A few helpful hints:

 ◇ Under Geographic Preferences – please select at least one location.

 ◇ Under Education - if you went to school outside of the United States there is a field you can click on to select the country.

◇ After completing the reference page please click "Submit". Your application will not be registered unless you do so.

Should you have additional questions, please call Human Resources at (212) 460-0196.

- *New York State Department of Labor        www.labor.ny.gov
- **Port Authority of New York/New Jersey**       www.panynj.gov/careers
- **NY Army National Guard**        www.arng.army.mil
- **NYC Board of Elections**        CCruz@boe.nyc.ny.us
- **NYC Transit Authority/MTA**        www.mta.info/nyct/hr/index.html
- **Plumbers Local 1**        ww.ualocal1.org/training.aspx
- **Pri America**        dparque@gmail.com
- **Progressive Home Health Services**       www.phhs.com/#!employment
- **PSCH Inc.**        www.psch.org
- ***Queens Driving School**        www.queensdrivingschools.com
- ***ResCare Workforce Services**        www.rescare.com/careers.php
- **Rescue One Security**
- ***Restaurant Opportunities Center of NY**       www.rocny.org/development
- **Rockaway Manor Home Care**       www.rockawaymanorhc.com/employment.html
- **Self Help Community Services, Inc.**       www.selfhelp.net/careers
- **Entertainment Cruises**       www.entertainmentcruises.com/Entertainment-Cruises/careers
- **St. Nicks Alliance**        www.stnicksnpc.org/JobOpportunities/index.html
- **Steamfitters Local 638**
- **Stop and Shop**        www.stopandshop.com
- **Target**        www.target.com
- **The New York State Police, Troopers**       http://troopers.ny.gov
- **Time Warner Cable**        www.timewarnercable.com
- **Total Healthcare Staffing**        www.totalhealthcare.us
- **Tri-County Home Nursing Services, Inc.**       www.tchns.com
- **Workforce 1**        www.nyc.gov/html/sbs/wf1/html/job/job.shtml
- **U. S. Post Service**        www.about.usps.com
- **Xincon Home Health Care**        www.xinconcare.com/careers.php
- **YAI Network**        www.yai.org/careers/
- **TD Bank**        www.tdbank.com/careers/careers.html

* Training, Services and Career placement organizations

ɔ apply online for positions today, you can use an available computer at the Elmcor Recreation Center, or visit the Langston ughes Library at 100th Street and Northern Blvd. between 10:00 am and 2:00 pm.  To use a library computer, you must first get a ue ticket at the Elmcor computer room.

pcoming Job Fair:

ɔonsored by Assemblyman Francisco Moya and Senator Jose Peralta
ıturday, September 24, 2011
. Leo School (Auditorium)
ı4-19 49th Avenue
ɔrona, New York 11368
me: 9:00 am  – 3:00 pm
ione for information only: 718-458-5367
ess professionally
ing 20 copies of résumé

# √ COHME INC

## CONCERNED HOME MANAGERS FOR THE ELDERLY

COHME is a licensed nonprofit home health care agency that provides the highest quality of services to frail and sick elderly and their families in New York City.



© Laura Dwight

11 Broadway
Suite 400
New York, NY 10004
Tel: (212) 514-7147
Fax: (212) 785-1515
e-mail: homecare@cohme.org
website: www.cohme.org

*cohmehomecare@aol.com*

## OUR SERVICES

COHME helps frail seniors and their loved ones cope with a wide range of physical, emotional, and cognitive conditions. We are dedicated to providing caring services that allow seniors to continue to live independently at home.

### COHME SERVICES INCLUDE:

- Visits by experienced Registered and Licensed Practical Nurses
- Comprehensive case management visits by Licensed Clinical/Masters Social Workers
- Pre-pour medication by nurses
- Diet monitoring
- Assisting in bathing and grooming
- Feeding, bathing, and dressing if needed
- Assisting with walking and light exercise
- Involving client in stimulating activities
- Accompanying on visits to family, friends, and community events.
- Arranging and escorting to appointments
- Light housekeeping
- Helping with reading and correspondence
- Answering the telephone and the door
- Doing laundry and ironing
- Preparing grocery lists and shopping
- Planning and preparing meals
- Doing errands

*Continue to live at home with the best quality of life...*

## YOUR RESPONSIBILITIES

*Notify your Coordinator immediately:*

IF      After accepting an assignment, you are unable to report to work on the first day.

IF      You are ill and cannot report to an assignment after you have started.

IF      You will be late. Our office opens 8:30 A.M. We would appreciate your calling us as soon as you know you will be late. You can also leave a message at 212-986-7001 before our office opens.

IF      Our client wishes to extend your present assignment or have you return for future assignments.

IF      Our client asks you to work on a permanent basis, or to transfer you to another entity's payroll.

IF      Any problem arises on the job which is causing you difficulty.

IF      You are completing an assignment. Let us know when you are available for another position.

IF      You change your address, name, telephone number or email address.

NEVER, under any circumstances, call a client if you are going to be late or absent. ALWAYS call your Coordinator at Efro.

IN ALL CASES remember that Efro is your employer. All correspondence and any transitions must be made with the knowledge and consent of Efro.

DO NOT, except with the permission of Efro, leave your home address, email address or phone number with our client.

DO NOT, except with the permission of Efro, handle any cash transactions for a client.

AVOID making or receiving personal telephone calls at the job, except in the case of an extreme EMERGENCY, and then, only with the permission of the client.

CALL OUR VOICEMAIL at 212-986-7001 when we are closed. You can leave a message at any time of day or night.

## YOUR APPEARANCE

As a REPRESENTATIVE of Efro, it is your responsibility to give our client a quality appereance as well as quality performance. Be pleasant. Nobody likes a sourpuss. So smile, be happy and friendly. Be the first to say hello or good morning.

Most assignments require neat and clean business attire. Ask your Coordinator what the dress code is for your particular position.

Your Coordinator is always ready to assist you in any way they can. Don't hesitate to call if you require any additional information.

# Efro
## staffing
# Welcome Brochure

Tel: 212-986-7001
Fax: 212-986-5436
www.efrostaffing.com

*Efro Inc. is an equal opportunity employer, dedicated to finding you the best temporary / contract, temp-to-hire or direct hire opportunities. It is our policy to match your skill sets to each position at top pay, with no charge to you at any time.*

## YOUR EMPLOYER

As a temporary / contract worker you are OUR EMPLOYEE and therefore, a direct representative of Efro, in the offices of our clients. When we give you an assignment, Efro is your employer, you are NOT the employee of the firm to which you are assigned.

Although most services don't "guarantee work", Efro has been able to keep most of our regular contract workers steadily employed. We may ask you to be "dressed and ready" for a morning assignment. 98% of the time you will be working before 10:00 A.M. Naturally the earlier you are dressed the earlier you will get to the job.

## YOUR PAY DAYS

1.  Your time sheet (for the previous week) must be received in our office by 12:00 noon each Tuesday.

2.  Your pay day will vary depending on the company that you are assigned to. Please check with your Placement Coordinator to confirm the day your check will be available for pick-up.

3.  Your check will only be ready if you follow the above instuctions.

WE HOPE THIS MAKES OUR CHECK PICK-UP PROCEDURE A PLEASANT AND ACCURATE EXPERIENCE FOR YOU.

## NEW SKILLS AND PAY RATES

After your skills have been assessed your pay rate will be determined on the basis of your experience and proficiency. If you acquire new skills after registering with us please contact your Coordinator. We will make the necessary arrangements for your re-classification. When you gain new skills you may qualify for a higher pay rate.

## EVENING AND WEEKEND WORK

If you wish extra work, please let us know. We do have occasional weekend and evening jobs.

## YOUR PAYROLL TAXES

The standard deductions made from your pay check are Social Security, Federal, State and City Taxes and Disability Insurance. These are normal deductions and everyone who works must pay these taxes.

## YOUR ASSIGNMENTS

Assignments will be given to you by telephone and may be confirmed by email. You are RESPONSIBLE for calling us when you are looking for a job and letting us know your availability. You will be given a description of the assignment, the rate of pay, location and approximate duration. Record this information. Duration of assignments will depend on your availability and / or upon the client's requirements. Duration may be 1-2 days, 1-2 weeks, a month or longer. They may also be temporary / contract to direct hire. Any questions you have may be directed to your Placement Coordinator. We have a 24 hour answering service for your convenience at 212-986-7001. Please use this number for emergency calls.

## SAFETY

Efro has made a commitment to the safety and well-being of all of our temporary / contract employees. This commitment includes total management involvement, improved loss control attitudes, training in safe work procedures, special program promotions, planned and un-scheduled inspections etc.

Just as quality is the result of doing things right the first time, safety is the result of doing things safely all of the time. You are responsible for performing your job in a safe and efficient manner. Remember, sudden or unplanned movements can produce painful strains and injuries. Always be careful on your assignments and report unsafe conditions to your Coordinator.

## YOUR TIME CARD

You will be given a time sheet at the completion of your interview OR one will be provided at your job site. TIME SHEETS ARE EXTREMELY IMPORTANT. They are the ONLY way we have of knowing how many hours you worked therefore, how much you should be paid.

1.  Use a separate time sheet for each assignment AND a separate time sheet for each week's work.

2.  *Fill in completely-* Your Name, the last 4 digits of your Social Security Number, Skill, Week Ending Date (our week ends on Sunday) and if you want your check held in our offices or mailed to your home address. It is YOUR responsibility to have your time sheet signed by an authorized representative. Check the appropriate box whether the assignment is continuing or completed.

3.  Enter any time over 40 hours in the overtime box. You will be paid time-and-one half for hours in *excess of 40*. Employees working in MORE THAN ONE COMPANY during ONE WEEK may not have hours exceeding 40 without permission from Efro.

4.  *You must take at least ½ hour for lunch* when you work a full day. Lunch time is deducted from your total number of hours when they are recorded on your time sheet.

5.  Total hours to the NEAREST ¼ HOUR on your sheet.

6.  Your time sheet (for the previous week) must be received by 12:00 noon each Tuesday at our office, 25 West 45th Street. Additional information can be found under the section titled "Pay Days".

7.  Leave the "Client Copy" with your supervisor.

8.  If you wish to have your check held at our office for pick-up or mailed to your home address, please check the appropriate box.

9.  Don't have a time sheet? You can download a copy from our website www.efrostaffing.com. Go to Downloads under the Job Seeker heading OR you can use a sheet of the company's stationary. Please make sure that you have the correct number of hours recorded. The sheet must be signed by your supervisor.

Case 1:16-cv-01221-MKB-RLM   Document 1   Filed 03/09/16   Page 75 of 76 PageID #: 75

## Notice and Acknowledgement of Wage Rate(s) for Temporary Help Firms
### Under Section 195.1 of the New York State Labor Law

**1. Temporary Help Firm Information**

Name:

Efro Incorporated
also dba: Jovan Services
Starlight Staffing

Physical Address:

25 West 45th St, Suite 500
New York, NY 10036

Mailing Address:

25 West 45th St, Suite 500
New York, NY 10036

Phone: 212-986-7001

**2. Notice given:**
- ☑ At hiring
- ☐ On or before February 1
- ☐ Before a change in pay rate (s), allowances claimed or pay day

**3. Payday (check one):**
- ☑ Regular payday: _Wed._
- ☐ Unknown The payday is based on the payday of the assigned organization.

**4. Rate of Pay (check one):**
- ☑ Average Wage Rate Range for Assignment(s): _12+_
- ☑ Employee's rate (s) of pay:
  - $ _12_ per _Hour_.
  - $_____ per _____
  - $_____ per _____

**5. Allowances taken:**
- ☑ None
- ☐ Tips _____ per hour
- ☐ Meals _____ per meal
- ☐ Lodging _____
- ☐ Other _____

**6. Pay is:**
- ☑ Weekly
- ☐ Bi-weekly
- ☐ Other: _____

**7. Overtime Pay Rate:** $ _1.5_ per hour
For most workers in NYS this rate must be at least 1 ½ times the regular rate of pay, for all hours worked over 40 per workweek (44 hours for certain residential employees). The Temporary Help Firm should count all hours worked in all assignments during a workweek. Some assignments are only required to receive overtime pay at 1½ times the minimum wage. When you receive your assignment, your employer will tell you the overtime rate and the reason why if you are not eligible for overtime for that assignment.

**8. Employee Acknowledgement:**
On this day, I received notice of my pay rate, overtime rate (if eligible), allowances, and designated payday. I told my employer what my primary language is.

**Check one:**
- ☐ I have been given this pay notice in English only, because my primary language is English.

- ☑ My primary language is _Spanish_. I have been given this pay notice in English only, because the Department of Labor doe not yet offer a pay notice form in my primary language.

_CARMEN GUICHARDO_
Print Employee Name

_Carmen Guichardo_
Applicant/Employee Signature

_11/2/11_
Date

_[signature]_ Acct Mgr.
Preparer Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 51 (03/11)

Searched for employment +
applied numerous times
for Jobs w/ an application
+ Resume :

Mount Sinai
Multispecialty
Physicians

82-01 37th Ave.
Jackson Heights, NY
11372

#: (718) - 899 - 2134

2) 12/10/11
applied for Jobs in person BJ's @ Flushing
118-19 - Roosevelt Ave

T: 7185259595.
Nancy.

telecontrol ush #9'
mger Adel.